Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

SUZANNE M. GILBREATH,                )
individually and in her              )
official capacity as                 )
Guardian of Lacee Danielle )
Marez, an incapacitated              )
person,                              )
                                     )
          Plaintiff,                 )
VS.                                  )   Case No. CIV-11-1037-D
                                     )
BOARD OF COUNTY                      )
COMMISSIONERS OF CLEVELAND )
COUNTY; et al.,                      )
          Defendants.                )


DEPOSITION OF RHETT BILBREY BURNETT

TAKEN ON BEHALF OF THE PLAINTIFF

IN NORMAN, OKLAHOMA

ON APRIL 18, 2013

# C O P Y

REPORTED BY:  SUSAN J. FENIMORE, CSR, RPR



**METROPOLITAN BUILDING**
400 North Walker, Suite 160
Oklahoma City, OK 73102
405-235-4106

**MID-CONTINENT TOWER**
401 South Boston, Suite 310
Tulsa, OK 74103
918-599-0507

depo@drreporting.com

# REPORTING & VIDEO, INC.

**ATTACH. 3**

Rhett Burnett                                        April 18, 2013

1                    Rhett Bilbrey Burnett,

2      after having been first duly sworn at 9:40 a.m.

3      deposes and says in reply to the questions propounded

4      as follows, to wit:

5                        * * * * * *

6                    DIRECT EXAMINATION

7      BY MR. ERDOES:

8          Q     Would you state your full legal name,

9      please?

10         A     My name is Rhett Bilbrey Burnett.

11

12

13

14

15

16

17

18

19

20

21         Q     Where are you currently employed?

22         A     Cleveland County Sheriff's Office.

23         Q     In what position?

24         A     I'm the undersheriff.

25         Q     What is an undersheriff?

1           A      That is the first deputy or the first chief

2      in the absence of the sheriff.

3           Q      Okay.

4           A      I mainly run day-to-day operations of the

5      sheriff's office.

6           Q      So you're the second highest in command of

7      the Cleveland County Sheriff's Office?

8           A      Yes, sir.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25           Q      How long have you been employed as the

Rhett Burnett                                           April 18, 2013

1    undersheriff or second highest in command of the

2    Cleveland County Sheriff's Office?

3         A    Since January 5th, I think, of 2009.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Rhett Burnett                                    April 18, 2013

Page 16

```
 1
 2
 3
 4
 5
 6
 7        Q     So the Cleveland County Board of County
 8   Commissioners, what is their involvement in the
 9   operation and maintenance of the county jail?
10        A     They primarily are a part of the budget
11   board, which funds us.  They're -- due to the
12   statutes, anything involving contracts or things like
13   that has to go before them.
14        Q     They have to approve the terms of those
15   contracts?
16        A     Correct.
17        Q     Okay.  And in this instance, we
18   specifically have been furnished with a contract
19   where -- Cleveland County contract with an outside
20   agency, Sooner Medical Staffing, I believe, for the
21   purpose of providing a medical authority and medical
22   staff for detainees at the Cleveland County Detention
23   Center; is that right?
24        A     Yes, sir.
25        Q     And so the terms of that contract were
```

Rhett Burnett                                              April 18, 2013

1    subject to the approval of the Board of the County

2    Commissioners; is that a fair statement?

3          A    Yes, the -- yes.  Uh-huh.

4          Q    And did the sheriff's office also have

5    input on the terms of that contract?

6          A    Yeah, the sheriff spoke specifically with

7    those people when we asked them to come in.  We asked

8    for what they thought it would cost to provide better

9    medical care than what was present and they provided

10   that and he signed off on that.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Rhett Burnett                                April 18, 2013

```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17     Q    Well, according to the documents I've seen,

18  you had actually had inmates sleeping on the floor,

19  is that not an accurate assessment by the inspector?

20     A    To my knowledge, they would be on the floor

21  in boats.  I don't know if they were not in boats or

22  not.

23     Q    I thought I had heard the word "mats" being

24  used.

25     A    Yes, you have mats, and the ideal format,
```

Rhett Burnett                                              April 18, 2013

                                                           Page 24

1     if you have to put them on the floor, is to put them

2     in what's called a boat, which is a plastic base and

3     then with a sleeping mat inside that.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Rhett Burnett                                        April 18, 2013

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22          Q     So you had more than two times the number

23   of women being housed than you had beds even in 2011;

24   is that right?

25          A     From the time we took over in '09, the jail

Rhett Burnett                                    April 18, 2013

1   was overcrowded consistently.   Inmates were
2   transported to Pottawatomie County Jail to try and
3   relieve the overcrowding, and we were on Department
4   of Corrections immediate pick-up list for prisoners
5   to be picked up, and they were in the process of
6   building the new jail.   And health department was
7   aware it was overcrowded, knew the county was taking
8   steps to build a new jail, knew we were doing the
9   best we could do and that situation remained, we were
10  overcrowded.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Rhett Burnett                                         April 18, 2013

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21     Q     You said the health -- something about it

22  being better than what it was before you took over.

23     A     When we contracted with Sooner Medical to

24  provide quality medical care, they provided us a

25  nurse on a 24-7 basis, they provided us access to

Rhett Burnett                                          April 18, 2013

Page 31

1    doctor, and they provided us then the meds that were

2    needed.

3              The reason we did that is when we took

4    office in 2009, there were detention officers that

5    were passing meds, we felt that was inappropriate, so

6    we changed that.  That had been done in the past.

7              And we worked quickly to get with ESW --

8    excuse me, Sooner Medical, I can't remember which

9    name they use, to provide medically trained personnel

10   to do that.  So I believe the health care that

11   Sheriff Lester contracted to provide was much better

12   than what existed when we came in.

13

14

15

16

17

18

19

20

21

22

23

24

25

Case 5:11-cv-01037-D   Document 114-4   Filed 03/03/14   Page 13 of 65

Rhett Burnett                                              April 18, 2013

                                                          Page 33

 1

 2

 3

 4

 5

 6

 7

 8

 9

10        Q      (By Mr. Erdoes) Let me hand you what I'm

11   going to mark as Exhibit 6.

12             I actually have copies now to share.   I

13   apologize that I didn't have the time to get everyone

14   copies of what I brought earlier today because of the

15   fact that I wasn't -- I didn't get those discovery

16   responses till late, so my mistake.

17             I hand you what I marked as Exhibit 6.

18   Have you seen that document before, sir?

19        A     Yeah, I believe it would have been back

20   in '09.

21        Q     That was the first detention manual that

22   the jail operated under after Mr. Lester became the

23   sheriff and you became undersheriff; is that a fair

24   statement?

25        A     Yes, sir, it would have been in there.

Rhett Burnett                                                    April 18, 2013

1          Q     And that basically sets out the policies

2    and procedures for the operation of the jail; is that

3    right?

4          A     Yes, on what should be done and what

5    shouldn't be done.

6          Q     Did you use the prior operations manual in

7    forming this document that either Sheriff Holyfield

8    or Sheriff Beggs operated under?

9          A     To my knowledge, this is the detention

10   manual that Miller, Edward Miller created, based on

11   what, as you see down here, revised by Captain

12   Williams and Lieutenant Brown in July of 2003.  Part

13   of that process was ensuring that the state mandated

14   training was being conducted for this agency.

15         Q     Okay.  I'm not sure that answered my

16   question.

17         A     I'm sorry.

18         Q     Are you saying that you used the same --

19   essentially the same manual as what Sheriff Beggs and

20   Sheriff Holyfield used as much as it looks down at

21   the bottom that the last revision was July of 2003?

22         A     Forgive me for not explaining that.

23   Miller, Ed Miller was instructed by the sheriff to

24   ensure that we were in compliance with all jail

25   standards and to update the detention manual upon us

Rhett Burnett                                    April 18, 2013

1    coming in.  And so that task was assigned to him and

2    this is the document that he produced using, my

3    understanding, the last most updated one that he had

4    at July of 2003 and modifying it and making

5    corrections.  And this looks like the document that

6    was presented to Sheriff Lester and I that he

7    intended to use in the jail during the time period he

8    was here.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Rhett Burnett                                    April 18, 2013

1        Q    And the observation portion of this policy

2    and procedure manual, that's up to the detention

3    deputy, not up to your third-party nursing staff,

4    correct?

5        A    The detention deputies were trained and

6    continue to be trained, if it looks like somebody is

7    in need of physical or medical attention, to take

8    appropriate actions to make sure they're taken care

9    of.

10

11

12

13

14

15

16

17

18

19

20

21        Q    It is a requirement of your department that

22    you actually conduct what, I guess, they call site

23    checks on a timely basis, either on -- at the hour or

24    the half hour or the 15 minutes depending on the

25    nature of the detention; is that right?

Rhett Burnett                                             April 18, 2013

                                                               Page 46

 1        A    Yes, sir.

 2        Q    In other words, if you have someone that's

 3   in detox, someone who's obviously was brought in

 4   under an intoxicated condition, your policy and

 5   requirement is that you conduct 30-minute site checks

 6   on those individuals; is that right?  Under special

 7   surveillance?

 8        A    Yes, sir, for instance, in suicide, it

 9   would be every 15.

10        Q    And just for the general population, then,

11   it's at least hourly; is that right?

12        A    Yes.

13        Q    And I believe that's a requirement of the

14   state health department regulations that I understand

15   you took training on as well?

16        A    Yes, sir.

17

18

19

20

21

22

23

24

25

Rhett Burnett                                           April 18, 2013

Page 60

9        Q     Is it a policy of the sheriff's office that

10   when a detention officer notes that the health of a

11   detainee has deteriorated since their admission into

12   the facility, that it is incumbent upon them to alert

13   the nurse?

14        A     The medical staff.

15        Q     Okay.  And, in fact, getting back to your

16   policy manual, detention manual, at Page 280, not

17   only are there supposed to be regular surveillance or

18   site checks on an hourly basis of these detainees,

19   but in the evening shift, according to the paragraph

20   numbered formal count, inmates are required to answer

21   a roll call head count and during that head count,

22   the deputy is supposed to observe each and every

23   inmate to ensure the wellbeing, health and welfare of

24   the inmate population; is that right?

25        A     That's what it says.

Rhett Burnett                                                April 18, 2013

Page 61

```
1        Q    And under Paragraph 5, under observation,

2   your deputies -- it's incumbent upon your deputies to

3   observe an inmate's behavior and appearance for

4   unusual or questionable situations, and then it cites

5   some examples, including signs of depression, do you

6   see that?

7        A    Yes, sir.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Rhett Burnett                                          April 18, 2013

1

2

3

4

5          Q     (By Mr. Erdoes) Mr. Burnett, let me hand

6     you what I've now marked as Exhibit 12 and ask if

7     you've seen that document before.

8          A     Yes, sir, I've seen this.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Rhett Burnett                                              April 18, 2013

1       Q     Now, this document was signed off on by the

2    Board of County Commissioners in March of 2009; is

3    that right?

4       A     Yes, sir.

5

6

7

8

9

10

11

12       Q     Let me rephrase it then.  There are

13    provisions in this contract that you, as the

14    undersheriff on behalf of the sheriff's department,

15    mandated be a part of this contract; would you agree

16    with that?

17       A     Yes, we mandated certain things that we

18    wanted.

19

20

21

22

23

24

25

Rhett Burnett                                                April 18, 2013

1

2

3

4

5

6

7

8

9          Q     Okay.   Now, as part of your operations

10    manual, and I hate to bounce back and forth, but I

11    wanted to point out, your operations manual

12    specifically sets out that it's the policy of

13    Cleveland County Detention Center to entitle health

14    care comparable to inmates to that that is available

15    to citizens in the surrounding community, I think we

16    talked about that, it's on Page 306 under medical

17    services, correct?

18         A     Yes.

19

20

21

22

23

24

25

Rhett Burnett                                    April 18, 2013

Page 100

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20       Q     All right.  So I guess we'll need to admit
21   this as an exhibit, which would be 14.
22             (Plaintiff's Exhibit Number 14 marked for
23             identification purposes and made part of
24             the record.)
25       Q     (By Mr. Erdoes) Undersheriff Burnett,
```

Rhett Burnett                                        April 18, 2013

1    we're back on the record.  And you have now furnished

2    me and I've marked as Plaintiff's Exhibit 14 a more

3    complete copy of the activity log spanning from

4    September 17th, 2009 up to and after the point where

5    Ms. Marez was found in the condition she was in at

6    2:35 p.m. on September 20th, 2009; is that a fair

7    statement?

8          A    Yes, sir.

9          Q    Okay.  According to this document, your

10   SoonerCare nurse was actually in the A pod just 30

11   minutes before someone noticed Ms. Marez wasn't

12   breathing, do you see that?

13         A    Let's see here.  What time and date, sir?

14         Q    Look at Page 16, look at Page 16.

15         A    Yes, sir.

16         Q    September 20th, 2:04:59 p.m., does that say

17   that Deputy 629 notes that the nurse is up in pod A

18   handing out medication?

19         A    Yes, sir.

20

21

22

23

24

25

OFFICE OF

# SHERIFF
# CLEVELAND COUNTY

## DETENTION MANUAL

### JOSEPH K. LESTER
### SHERIFF

### RHETT BURNETT, UNDERSHERIFF

### EDWARD MILLLER, Detention Chief

Revised by Captain David Williams and Lieutenant Hart Brown; July 2003.



EXHIBIT

6

tabbies

2.03 CONDITION OF INMATE POLICY

No person shall be admitted to the facility in an unconscious state. Persons brought to the facility with evidence of serious illness or injury will require approval from a medical Doctor that the person is fit for incarceration. The responsibility of obtaining medical approval will be upon the arresting agency with the following exception;

A person arrested on a Cleveland County arrest warrant whose illness or injury was not a result of being taken into custody.

PROCEDURE

1. Observation: The Detention Deputy shall carefully observe the physical condition and behavior of the inmate being admitted for symptoms that indicate need for medical treatment.

2. Serious Injury: If the injury, illness, or emotional state of the inmate appears serious, the Deputy shall first, contact his/her supervisor, and second,

a. Refuse acceptance of custody and recommend that the arresting officer seek medical attention for the inmate;

b. Not accept custody until the arresting officer provides documentation of the inmate's medical treatment. Note: Also see health history form.

3. Detoxification: Any inmate who is charged with being under the influence of alcohol or drugs or who has alcohol on his breath at the time of booking should be considered as a possible alcoholic. Inmates requiring detoxification or booked on drug charges will be placed in a holding cell for 4 to 6 hours or until sober and observed a minimum of every 30 minutes. The Detention Deputy shall determine whether an inmate is capable of making a phone call. The inmate will not be placed in the general population until after this time period. If medical problems occur during this time, the inmate may require transport to Norman Regional Hospital or Minor Emergency center.

Record medical observation on book-in form. Check for physical signs of withdrawal during the detoxification period. Certain symptoms signify the need for

6. Subsequent Calls:  If, after completion of the admissions process, no contact has been made via telephone, the inmate will be allowed to place additional calls as soon as practicable after being placed in a regular cell.

## 2.07 RECORDS AND REPORTS

POLICY

Accurate and complete records will be maintained for all newly admitted inmates to verify that all laws, standards, and procedures have been followed.  All inmate records shall be safeguarded in accordance with relevant Federal and State laws and regulations.

PROCEDURES

1.  Forms and Documents:  Before the inmate is placed into the regular Detention Center population, the following records will be completed:

    a.    Inmate Rules signature;

    b.    Book-In Form:

    c.    Property List, Money Envelope and Receipt;

    d.    Telephone Request Slips;

    e.    Health History Form;

    f.    Photograph;

    g.    Fingerprints;

    h.    Classification Code and Housing Assignment Chart Entry indicating cell assignment; and

    i.    Log Book.

## 2.17 PRELIMINARY HEALTH SCREENING

### POLICY

Each newly admitted inmate shall undergo a preliminary health screening by the Receiving Deputy. Such screening in designed to identify those inmates whose condition may represent a threat to the health of the facility staff and inmates or a threat to the health of the new inmate. Prisoners requiring immediate medical attention shall not be admitted to the Detention Center until the Receiving Deputy is certain that he/she has received proper medical attention through the arresting officer. Medications in the possession of inmates at book-in, whether prescription or over-the-counter, shall be logged, counted, checked against the PDR for verification, and secured.

### PROCEDURE

1. Interview: After the inmate has put on the inmate uniform, the Receiving Deputy will return the inmate from the shower area to Receiving. The Receiving Deputy should observe the prisoner closely for physical and behavioral symptoms that indicate need for medical information on the book-in form and ask the inmate to complete the questions on the health history form. If the inmate is unable to read the form, the Deputy may ask the inmate questions and complete the form for him/her.

2. Recording: The inmate's answers to the medical questions will be recorded on the health history form.

3. Records: The completed health history form will be placed in the Facility Physician's incoming mail basket for daily pick-up by medical personnel. Medical records shall be filed in the medical room cabinet by medical personnel.

## 4.04 SURVEILLANCE OF INMATE

POLICY

   It is the affirmative duty of every Detention Center Deputy on duty to maintain regular surveillance of the inmates and their activities to insure the safety and security of the Facility, staff, and the inmates.

PROCEDURE

   1. Formal Count: The Shift Supervisor shall conduct and verify a formal inmate count three (3) times per day, assisted by all control stations and Roving Deputies. During such counts, inmates will lock down in their assigned cells, and there shall be no movement between or within sections during the count and until after the formal count has been verified by the Master Control Deputy and the Shift Supervisor. The Roving Deputy shall make the section counts and call them into Receiving. Receiving will check the section counts and account for every other area where inmates might be (i.e. kitchen, garage, laundry), verify inmate presence in those areas through the Roving Deputy or Shift Supervisor, who shall verify the inmate's presence by visual identification of the inmate. On the evening shift, inmates will be required to answer a roll-call headcount. During the roll-call headcount, the deputy will visually observe each and every inmate to ensure the well being, health, and welfare of the inmate population.

   2. Regular Surveillance: The Deputy on duty will conduct a tour of each cell (or other area where inmates are present) checking each inmate at least once every hour on an irregular schedule. During lockdowns, cell check must be compared to Housing Assignment Chart to insure inmates are properly housed. Hourly sight checks shall be documented.

   3. Special Surveillance: Mentally or emotionally disturbed inmates, inmates identified as escape risks, inmates identified as suicide risk (see no. 4 below), and all inmates housed in disciplinary isolation will be observed more frequently, at least once every thirty (30) minutes.

   4. Suicide Precautions: Hold the inmate in Receiving and observe every fifteen (15) minutes.

   5. Observation: during a surveillance tour, the Deputy will observe inmate's

behavior and appearance for unusual or questionable situations (e.g., bruises or cuts on inmate's faces or arms, expressions of hostility, signs of depression).

6. Spot Checks: During one or more of the tours required above, the Deputy will also spot check the security devices (locks, doors, bars, lights). Any irregularities discovered will be reported to the Shift Supervisor and documented in the Log.

7. Records: The Deputy will note in each Section's Log all significant or unusual events occurring during the shift. The times when each surveillance tour is conducted and the area(s) checked will be noted in the Log Book.

8. Change of Shift: when the Relief Deputy reports for duty, the Deputy being relieved will direct the attention of the Relief Deputy to any significant entries in the Log during the shift change briefing.

## 6.01 MEDICAL SERVICES

POLICY

All Cleveland County Detention Center inmates shall be entitled to health care comparable to that available to citizens in the surrounding community. Medical care at the facility shall be delivered under the direction of a licensed physician and through the use of trained health care personnel. No Deputy or other employee will ever summarily or arbitrarily deny an inmate's request for medical services.

PROCEDURES

1. Staff: The Director of Medical Services at the Detention Center is a medical doctor licensed in the State of Oklahoma and shall be referred to as the Facility Physician.

  a. The medical staff and, as appropriate, Deputies shall deliver services as ordered by the attending Facility Physician.

  b. Emergency treatment is available through the hospital emergency room.

  c. Any qualified health personnel will provide the Detention Center Administrator with copies of current state licenses and/or certifications which will be part of the employee's personnel file.

2. Training: All Deputies shall be trained in emergency first aid and cardiopulmonary resuscitation (CPR), with updated training yearly.

6.02 HEALTH APPRAISAL

POLICY

Health appraisal data for each inmate shall be collected in order to properly classify the inmates, promote awareness of and respond to their medical conditions, and maintain adequate records of the inmate's health status.

PROCEDURE

1. Preliminary Health Screening: A Receiving Deputy will conduct the initial health screening at book-in.

2. Health History: The inmate's health history is a self-administered form completed by the inmate at book-in. If the inmate cannot read or write, or does not understand the questions, a Deputy may administer the form and make appropriate notations. The completed form is placed in the Physician's basket. The health history will be filed in the inmate's medical file in the medical room. If inmate has current file the Health History Form is kept there, if not it is kept in a separate file in the medical office. If the inmate has a medical file the Health History Form is kept with the file, If the inmate does not have a medical file, the Health History Form is kept in a separate file in the medical office.

NOTE: The Detention Nurse makes arrangements to send inmates to the County Health Dept. to Perform V.D., and other tests provided by the Health Dept. upon request of the facility Physician.

3. Pregnancy: The following steps shall be followed for inmates who are or claim to be pregnant:

a. If a female inmate states she is pregnant the facility physician will order a pregnancy test for verification, if needed. If the inmate has an OB/GYN doctor and wants to continue seeing her private doctor, this can be arranged if her private Doctor agrees.

b. The Facility Physician shall dictate any special medication or diet a pregnant inmate shall receive.

c. Any emergency medical situation that may arise regarding the pregnant inmate will be handled in accordance with the Emergency Medical Care Plan.

## 6.03 EMERGENCY MEDICAL CARE

### POLICY

Emergency Medical Services are available 24 hours a day to inmates of the Cleveland County Detention Center to insure prompt emergency medical attention. All Deputies are trained to respond to medical emergencies since an inmate's life may depend on quick action.

### PROCEDURE

1. Emergency Definition: Any of the following occurrences shall constitute an emergency, and their presence will initiate the Emergency Medical Care Plan.

    a. Severe bleeding

    b. Unconsciousness

    c. Serious breathing difficulties

    d. Head injury

    e. Severe burns

    f. Severe pain

    g. Suicide attempt

    h. Sudden onset of bizarre behavior

    i. Health or life threatening situations

2. Notification: The Deputy confronted with a medical emergency will:

    a. Immediately notify the Ranking Deputy on duty and request assistance in administering first aid.

    b. Request the Master Control Deputy to call the Facility Physician, if on the premises, in accordance with the Emergency Medical Care Plan that follows,

or the contact the Norman EMS. All emergency numbers are posted in the Master Control Area.

NOTE: If the inmate is ambulatory, he/she shall be taken to Receiving for treatment or to the medical treatment room if the Facility Physician so requests.

3. Isolation: When possible, the Deputy shall move the inmate to a holding cell or remove other inmates from the scene, either by lockdown if the emergency is in a section or by returning inmates to their sections.

4. First Aid: All Deputies are instructed in First Aid and Cardiopulmonary Resuscitation (CPR). First Aid boxes are located in all control rooms.

5. Emergency Instructions: The Shift Supervisor or Facility Physician will relay to Master Control or Communications instructions to :

a. Contact the EMS Unit at Norman Regional Hospital to transport the inmate to the hospital, or

b. Transport to the Norman Regional Hospital, or

c. Treat at the facility in accordance with medical orders from the Facility Physician.

6. Transport: If the inmate is transported to the hospital by ambulance, a Deputy will be designated by the Shift Supervisor to accompany the inmate. If the inmate is transported by a Field Deputy, that Deputy is responsible for securing the inmate.

7. Records: The Deputy initially responding to the emergency shall file an incident report as well as the Shift Supervisor.

EMERGENCY MEDICAL CARE PLAN

1. BE AWARE THAT AN EMERGENCY CAN OCCUR AT ANY TIME.

2. BE READY TO OBSERVE OR BE NOTIFIED OF AN EMERGENCY.

3. FIRST AID MUST BE GIVEN IMMEDIATELY.

4. CONTACT THE FACILITY PHYSICIAN IF ON THE PREMISES IF NOT, CALL OR PAGE THE FACILITY PHYSICIAN.

5. NOTIFY THE SHIFT SUPERVISOR, WHO WILL TAKE CHARGE OR DESIGNATE A CONTROL STATION TO DO SO.

## 6.04 NON-EMERGENCY CARE AND DAILY MEDICAL COMPLAINTS

POLICY

Cleveland County Detention Center inmates can make medical complaints daily for review by qualified medical personnel to insure appropriate medical attention.

PROCEDURE

1. Notification of Access: At the time of admission the Receiving Deputy shall inform inmates both verbally and in writing of the procedures for obtaining medical care.

2. Requests: Inmate requests for medical care shall be documented on the requests slip. The slips shall be provided by a Deputy upon request and shall be collected daily at breakfast. Complaints made at other times shall be collected by a Deputy and placed in the Facility Medical box.

3. Notification of Complaint: A Deputy may request medical attention on behalf of an inmate. When appropriate, the Detention Deputy shall be given instructions for inmate treatment and these instructions will be filed. Otherwise, cases shall be referred according to the Facility Physician's instructions:

   a. To the appropriate hospital emergency room or Minor Emergency Center for immediate treatment, or

   b. To the regularly scheduled sick call visit by the Facility Physician, or medical personnel.

4. Sick Call: The Facility Physician shall visit the facility to examine those inmates who require attention. The Detention Nurse on duty will prepare a list of inmates requiring medical attention before the Facility Physician arrives.

5. Escort: Inmates will be brought to the medical treatment room by the escorting Deputy in the order requested by the Physician.

NOTE: If any Deputy believes it is inadvisable to escort an isolation inmate to the medical treatment room, the Facility Physician will examine the inmate in his own cell with two Deputies stationed (one inside, and one immediately outside the cell) for security.

6. Records: The facility nurse or medical deputy will collect medical paperwork such as Health History Forms, Medical Request Slips, hospital papers, etc... daily. Once seen on Sick Call by the nurse, the nurse will receive orders by :

                        1.) Nursing protocol that has been approved by facility physician, or
                        2.) Verbal/phone orders from physician

7. Orders: When the doctor writes orders for an inmate, the nurse transcribing the orders, will forward information to necessary channels.



# CLEVELAND COUNTY, OKLAHOMA

## CONTRACT FOR

## MEDICAL STAFFING AND ADMINISTRATION

## FOR

## CLEVELAND COUNTY DETENTION CENTER

**For**
CLEVELAND COUNTY SHERIFF'S OFFICE
**JOE LESTER**
405-321-8600
203 SOUTH JONES AVENUE
NORMAN OKLAHOMA 73069

EXHIBIT

tabbies®

12

This Contract is entered into between Cleveland County, Oklahoma ("Agency") and Sooner Medical Staffing LLC, an Oklahoma Limited Liability Company ("Contractor"). The purpose of this Contract is to contract for the Medical Staffing and Administration of the Cleveland County Detention Center under the terms and conditions detailed in the Contract.

# I. DUTIES AND RESPONSIBILITIES OF THE CONTRACTOR

## MEDICAL CO-PAY SYSTEM

The Contractor will run and attempt to collect an inmate co-pay system. Inmates are charged $20.00 per visit. However, there will be no charges for intake screenings, histories, physicals, or initial dental screens. Proceeds of the co-pay system are returned to the Cleveland County General Fund after Contractor has been reimbursed for all costs associated with running and collecting the co-pays.

## SCOPE OF CONTRACT

Contractor shall be the sole supplier and/or coordinator of the health care delivery system at the Facility. Contractor shall be responsible for all medical care for all inmates (except Work Release inmates who shall, when in the Facility, receive only emergency care from the provider) at the Facility. This responsibility of the Contractor for the medical care of an inmate commences with the commitment of the inmate to the custody of the Facility and ends with the release of the inmate. Contractor will provide an LPN, at the Facility, 24 hours a day, seven days a week. Contractor will also provide a nurse practitioner at the Facility a minimum of two hours per week and will provide 24 hour, seven day a week nurse practitioner or equivalent on call medical coverage to ensure proper medical care for all inmates.

## INSURANCE

The Contractor will carry professional liability insurance in minimum amounts of One Million Dollars ($1,000,000.00) per occurrence and Three Million Dollars ($3,000,000.00) in the aggregate annually. The Contractor will add the Cleveland County Sheriffs office as an additional insured on the insurance policies referenced above.

## COMPLIANCE WITH APPLICABLE LAW

The Contractor will comply with the standards set forth by the Oklahoma Department of Health for the duration of the term of this Agreement with the County.

2

## CONTRACTOR COOPERATION

All Contractor personnel, including the personnel of its subcontractor and agents, will be subject to security background checks and clearances by the Sheriff's office. In each instance, the individual and the Contractor will provide such cooperation as may be reasonably required to complete the security check. The County agrees to perform such security checks in a timely manner and not unduly delay such checks.

## COMMUNICATION

Weekly face to face meetings will occur between a Principle of the Contractor and the Contract Administrator. These meetings will continue throughout the term of the contract, and any extensions, unless canceled by the Facility. Such cancellation must be in writing.

## CONTAMINATED WASTE

The Contractor shall be responsible for the disposal of all general waste, including infectious or hazardous waste. The material must be removed from the facility and disposed of as regulated by federal, state and local laws.

## PHARMACEUTICAL

The Contractor shall provide a complete pharmaceutical system for inmates housed at the Facility. The Contractor will be responsible to pay the costs of all pharmaceuticals up and until the amount of the pharmaceutical maximum liability limit is met. At that point, Agency will be responsible for any additional pharmaceutical cost, and during such time Agency will be allowed to use the contractual discounts negotiated by Contractor.

The Contractor shall provide for pharmaceutical services to assure the availability of prescribed medications within (24) hours of the order of issue being written except where such medications are not readily available in the local community. Pharmaceutical services shall be consistent with State and Federal regulations, and must be monitored by a licensed qualified pharmacist.

The Contractor shall provide for the purchasing, dispensing, administering and storage of all pharmaceuticals by qualified personnel and for the proper storage of psychotropic medications as prescribed to inmates.

The Contractor shall provide for the recording of the administration of medications in a manner and on a form pre-approved that includes documentation of the fact that inmates are receiving and ingesting their prescribed medications. Documentation will also be required when an inmate's ordered medication was not administered and the reason given.

2333

## MAXIMUM LIABILITY

The Contractor's maximum liability for all costs associated with off-site provision of medical or other health care services and for all dental services during the three months of this contract will be Twelve Thousand Five Hundred dollars ("$12,500.00"). Any expenses incurred or to be incurred for medical and other health care services provided off-site (e.g. hospital, specialist) in excess of $12,500.00 will be the responsibility of Cleveland County.

The Contractor shall be responsible for the costs of all pharmaceuticals administered up and until the maximum liability for pharmaceuticals. The maximum liability for all pharmaceuticals, including but not limited to "prescription" and "over the counter" medications, shall be Ten Thousand dollars ("$10,000.00") for the three months of this contract. Cleveland County will be responsible for all costs in excess of $10,000.00.

## IMMUNITY FROM LIABILITY

The Contractor agrees to indemnify and to hold Cleveland County and its agents harmless for, from, and against any and all claims, suits, expenses, damages, or other liabilities, including reasonable attorney fees and court costs arising out of damage or injury or property caused or sustained by any person or persons as a result of the performance or failure of the Medical Staffing and Administration provider to provide services pursuant to the terms of the contract.

## FILING WITH INSURANCE

Contractor will be responsible to ensure that, whenever possible, insurance claims are filed for inmate medical expenses.

## NEGOTIATION OF DISCOUNTS

Contractor shall use its best efforts to negotiate discounts for all off-site medical and pharmaceuticals. In the event the maximum liability of the Contractor is met during the contract period, Agency will be allowed to use the contractual discounts negotiated by Contractor.

## PERSONEL RECORD KEEPING

The Contractor shall, upon request, provide to the County proof of licenses and/or certificates for all professional staff. In addition, malpractice insurance must be available for all physicians and Nurse Practitioners/Physician Assistants, and other employees, if applicable.

2334

## SCHEDULES

Copies of staffing schedules encompassing all health care staff are to be submitted to the Contract Administrator on the fifteenth of each month for the upcoming month. Daily Updates should be supplied if there are changes.

## STATISTICS

Monthly and daily statistics will be maintained and submitted to the Contract Administrator on a monthly basis, or given reasonable notice, at anytime if requested more often than monthly.

## GRIEVANCES

Grievances shall be monitored to detect areas of concern.  Inmate grievances shall be documented on a log and a response shall be prepared.

## EMERGENCY ASSISTANCE

The Contractor shall, in times of emergency or threat thereof, whether accidental, natural or man-made, provide medical assistance to the County Sheriff's Department to the extent or degree required by the Cleveland County Sheriff's Department policies and procedures.

## NURSING SERVICES PROVIDED

1. Medical unit coverage 24 hours a day, seven days a week;

2 24 hour intake screening including medical history forms on all inmates at the time of admission;

3 Medications as prescribed;

4 Sick call triage and follow-up on a daily basis to include weekends and holidays;

5 Appropriate and timely response to medical needs and emergencies; and

6 Personnel files (or copies thereof) of contract employees assigned to the Facility are to be maintained at the Facility and shall be available to the Contract Administrator.

## DENTAL CARE

The Contractor shall provide emergency dental care for each inmate under the direct supervision of a licensed dentist. Dental care will be considered off-site medical.

2335

## TESTIFING IN COURT

Contractor personnel should be aware that they might, from time to time, be subpoenaed to testify in court regarding medical treatment. Overtime, if any, associated with this obligation is the responsibility of the Contractor.

## PROTOCALS

A written manual of standardized policies and defined procedures must be reviewed at least annually and revised as necessary.

## LABORATORY AND X-RAY SERVICES

The Contractor shall provide for necessary laboratory and x-ray services. The cost of these services will be considered off-site medical care, regardless of where the services are performed.

## TRANSPORTATION

The Contractor will arrange for inmate transportation for emergency ambulance care. The cost of these services will be considered off-site medical care. The County will be responsible to provide all other transportation relating to the provision of health services.

## NON-INMATE HEALTH SERVICES

Non-inmate health services shall be provided in the form of emergency care for staff and visitors for the purpose of stabilizing the condition and arranging for transport.

Emergency services include first aid, assessment, stabilization and the coordination of transport of employees or visitors who become ill or injured in the Facility.

The Contractor shall provide management of the Hepatitis B vaccination program for all Detention Facility staff. Cleveland County will bear the cost of the vaccine.

The Contractor shall provide an annual TB screen for all Detention Facility staff.

## MEDICAL RECORDS REQUIREMENTS

1. A medical record consistent with state regulations and community standards of practice shall be maintained for each inmate held beyond the first appearance in court. These records shall be kept separate from the jail confinement records of the inmate.

2. Individual health care records will be initiated and maintained for every inmate regarding medical, dental, or mental health services received as a result of the inmate screening process and for services rendered following the inmate's

6

assignments to a housing area.

3. In any case where medical care is at issue, or in any criminal or civil litigation where the physical or mental condition of an inmate is at issue, the Contractor shall make accessible to the Sheriff, Jail Commander, Contract Administrator, District Attorney, or County Attorney such records and, upon receipt, provide copies.   The Contractor additionally acknowledges compliance with and understanding of all applicable HIPAA requirements.

4. The Contractor acknowledges and agrees that all records prepared or acquired by the Contractor during performance of services under the contract will immediately become the property of the Sheriff's Department.

5. Included in the inmate population are inmates incarcerated on behalf of the Oklahoma Department of Corrections and Municipalities.  The Contractor shall promptly notify the Contract Administrator for any need outside the routine care for such inmates and shall provide documentation of required treatment to the Department of Corrections or Municipality as requested.  The Contractor shall submit all related bills to the Contract Administrator to ensure reimbursement to the County of all outside medical expenses and cost of pharmaceuticals incurred on behalf of such inmates.

6. If an inmate medical record cannot be located within twenty-four (24) hours of a discovered loss, the Contract Administrator shall be immediately notified.

7. Inactive medical records will be maintained in accordance with the laws of the State of Oklahoma and the American Medical Association.

8. Any and all legal actions or requests affecting inmates and/or the medical contract provider must be provided, in writing, to the Contract Administrator within twenty-four hours.

# II. DUTIES OF AGENCY

## REIMBURSEMENT FOR SERVICES

The reimbursement for this three month Contract from Agency to Contractor is one hundred and twenty two thousand five hundred dollars ("$122,500.00").  The Cleveland County Sheriff's Department shall pay the Contractor in three equal monthly payments.

## USE OF FACILITY AND EXISTING EQUIPMENT

Agency agrees that Contractor will be provided appropriate space in the Detention Center to perform all required duties and that agency will be allowed use of the current equipment and supplies owned by Agency as necessary.

7

Contractor will also purchase, at Contractor's expense, a secure medications cart that will be the property of Agency. In the event additional equipment needs to be purchased, it will be the Agency's responsibility to purchase the required equipment and it will be owned by the Agency.

### PERFORMANCE BONUS

In the event the Contractor's actual expenses for Pharmaceuticals and Off-Site Medical are less than the amount of Agency's maximum liability, Contractor will refund to Agency 50% of the difference, and Contractor will retain 50% of the difference as a performance bonus.

## III.  GENERAL TERMS AND CONDITIONS

### ALTERATIONS TO CONTRACT

Any alterations, variations, modifications, or waivers of the provisions of the contract will be valid only if they are reduced to writing, duly signed by the parties and attached to the original contract.

### FORCE MAJEURE

Neither party shall be liable in damages or have the right to terminate this Agreement for any delay or default in performing hereunder if such delay or default is caused by conditions beyond its control including, but not limited to Acts of God, Government restrictions (including the denial or cancellation of any export or other necessary license), wars, insurrections and/or any other cause beyond the reasonable control of the party whose performance is affected.

### CONTRACTOR PERSONNEL

The County shall have the right to reject the employment by the Contractor of any person or firm, and to require the removal of any person or firm employed or engaged by the Contractor, when it deems such action to be in its best interest and in the best interest of attaining successful implementation of its correctional medical staffing and administration services program. It is further noted that the right of entrance by any person to the Detention Center/Jail is under the sole jurisdiction of the Cleveland County Sheriff's Department.

### TERMINATION OF CONTRACT

A.    Mutual Termination of Contract

8

2338

1.  If either party fails to fulfill its obligations under the Contract in a timely proper manner, or if either party violates any material covenant, agreement, or stipulation of the Contract, the party shall thereupon have the right to terminate the Contract by giving written notice to the other party of termination which will occur no less than 60 calendar days after the date of notice.  The notice shall specify the effective date of the termination, and the reasons therefore, unless the party to whom notice is given cures the breach to the satisfaction of the party giving notice prior to the effective date of termination.

2.  Notwithstanding the above, the Contractor shall not be relieved of liability to the County for damages sustained by the County by virtue of any breach of the Contract by the Contractor and the County may withhold any payments to the Contractor, in an amount reasonably calculated to equal the estimated damages, for the purpose of setoff until such time as the exact amount of damages to the County from the Contractor is determined.

B.  Termination for Convenience of the County

The County may terminate the Contract at any time by giving written notice to the Contractor of termination which will occur no less than 60 calendar days after the date of notice and specify the effective date thereof.  If the Contractor is terminated by the County without cause as provided in this paragraph, the Contractor will be paid in an amount which bears the same ratio to the total compensation as the services actually performed bear to the total services of the Contractor covered by the Contract, less payments of compensation previously made.

C.  Payment due to Termination

In case the services of the Contractor are determined to be unsatisfactory, or because of the Contractor's failure to prosecute the work with diligence or within the time specified, the County will pay the Contractor for work accomplished to the date of termination as follows:  The percentage of the total lump sum fee that represents the ratio of work performed to the total amount of work.

D.  Records and Documentation Remain the Property of the County

All medical and other records, policies and procedures, manuals, instructional books, orientation, and continuing education records and materials, and documentation of every sort, developed for or used in the operation of the Medical Staffing and Administration Program under the contract, shall be the property of the County and, at the termination of the contract, remain the property of the County without further obligation.

9

2339

# IV.   CONTRACT TERM

The term of the contract will be for a three (3) month period from April 1, 2009 to June 30, 2009.  The contract may be evaluated at any time during this period, at terms and conditions mutually agreeable.

Signed:

_____

On behalf of Cleveland County

_____

On behalf of Sooner Medical Staffing

10

2340

Accepted on this 16th day of March, 2009, by the Board of County
Commissioners of Cleveland County.

_____
Rod Cleveland, Chairman

_____
Rusty Sullivan, Vice-Chairman

_____
George Skinner, Member

ATTEST:

_____
Tammy Howard, Cleveland County Clerk

Print Date:  4/18/2013         Jail notes 9/17/2009 to 9/20/2009

| Date | | Shift | Deputy | Notes |
|------|---|-------|--------|-------|
| 9/17/2009 | 12:09:06AM | 1 | 616 | 648 s/c red code 4 |
| 9/17/2009 | 12:09:06AM | 1 | 639 | 625 housed 1 inmate in c-pod cell 212. |
| 9/17/2009 | 12:12:38AM | 1 | 639 | 611 s/c e,g,h,d,c, b. and a-pods; code 4. |
| 9/17/2009 | 12:25:37AM | 1 | 634 | 648 did site check in rec. it was code 4 |
| 9/17/2009 | 12:15:28AM | 1 | 639 | 625 1 resident to a-pod #202 and 1 resident to g-pod. |
| 9/17/2009 | 12:50:02AM | 1 | 616 | 648 s/c rec code 4 |
| 9/17/2009 | 1:01:54AM | 1 | 616 | 648 s/c rec code 4 |
| 9/17/2009 | 1:52:24AM | 1 | 639 | 611 s/c e,g,h,d,c,b, and a-pods; code 4. |
| 9/17/2009 | 1:20:07AM | 1 | 616 | 625 s/c rec code 4 |
| 9/17/2009 | 1:37:49AM | 1 | 616 | 648 s/c rec code 4 |
| 9/17/2009 | 1:52:19AM | 1 | 616 | 648 s/c rec code 4 |
| 9/17/2009 | 2:04:44AM | 1 | 616 | 625 s/c rec code 4 |
| 9/17/2009 | 2:18:28AM | 1 | 616 | 625 s/c rec code 4 |
| 9/17/2009 | 1:54:33AM | 1 | 639 | 611 s/c e,g,h.d,c,b.and a-pods; code 4. |
| 9/17/2009 | 2:36:39AM | 1 | 616 | 648 s/c code 4 |
| 9/17/2009 | 2:45:26AM | 1 | 616 | Norman officer Garrett is 10-97 with 10-15 1x male |
| 9/17/2009 | 3:30:58AM | 1 | 616 | Norman is 19-98 |
| 9/17/2009 | 2:57:39AM | 1 | 616 | 625 s/c rec code 4 |
| 9/17/2009 | 3:11:17AM | 1 | 616 | 648 s/c rec code 4 |
| 9/17/2009 | 3:33:56AM | 1 | 616 | 610 s/c rec code 4 |
| 9/17/2009 | 3:49:22AM | 1 | 616 | 610 s/c rec code 4 |
| 9/17/2009 | 4:01:38AM | 1 | 616 | 625 s/c rec code 4 |
| 9/17/2009 | 4:42:51AM | 1 | 616 | 610 s/c rec code 4 |
| 9/17/2009 | 4:48:29AM | 1 | 611 | spc crum s/c and feeding in e pod |
| 9/17/2009 | 4:50:58AM | 1 | 611 | spc crum s/c and feeding in g pod |
| 9/17/2009 | 4:50:50AM | 1 | 634 | shift 1 count clears at 231 |
| 9/17/2009 | 4:59:16AM | 1 | 639 | 648 and trustee's feed d,c,b,and a-pod. |
| 9/17/2009 | 4:53:55AM | 1 | 616 | 648 feeds rec and f-pod s/c code 4 |
| 9/17/2009 | 5:00:31AM | 1 | 611 | spc crum s/c and feeding in h pod |
| 9/17/2009 | 5:16:48AM | 1 | 616 | med pass f-pod and rec |
| 9/17/2009 | 5:20:29AM | 1 | 616 | 625 found a jam in 101. 625 tcs f-pod and rec s/c code 4 |
| 9/17/2009 | 5:30:12AM | 1 | 616 | okso is 10-97 |
| 9/17/2009 | 5:34:00AM | 1 | 639 | 648 and 2 trustee's tcs d-pod. nurse shannon has meds in d-pod. |
| 9/17/2009 | 5:04:37AM | 1 | 611 | spc crum s/c and tcs in e pod |
| 9/17/2009 | 5:05:16AM | 1 | 611 | spc crum s/c and tcs in g pod |
| 9/17/2009 | 5:07:37AM | 1 | 611 | spc crum s/c and tcs in h pod |
| 9/17/2009 | 5:33:35AM | 1 | 616 | okso is 10-98 with 10-15 1x male |
| 9/17/2009 | 5:43:34AM | 1 | 639 | nurse shannon in c-pod with meds. 648 an 2 trustee's tsc c-pod. |
| 9/17/2009 | 5:50:27AM | 1 | 616 | 625 s/c rec code 4 |
| 9/17/2009 | 5:56:32AM | 1 | 639 | 648 and 2 trustee's tcs a and b-pods. |
| 9/17/2009 | 5:57:10AM | 1 | 639 | 648 s/c a,b,c and d-pod; code 4. |
| 9/17/2009 | 6:08:54AM | 1 | 616 | 625 s/c rec code 4 |
| 9/17/2009 | 6:01:51AM | 1 | 639 | 610 took jan mc quire to rec. inmate will return @ 09:00. |
| 9/17/2009 | 6:18:36AM | 1 | 639 | 611 and nurse @ a-pod with meds. |
| 9/17/2009 | 6:23:16AM | 1 | 639 | 611 secured a-pod doors. |
| 9/17/2009 | 6:24:07AM | 1 | 639 | 611 and nurse in b-pod with meds. |
| 9/17/2009 | 6:25:00AM | 1 | 616 | 625 s/c rec code 4 |
| 9/17/2009 | 6:19:56AM | 1 | 610 | Spc. Simms fiancee called in and said she could not get Spc. Simms to wake up. I told her to have Spc. Simms call her supervisor when she wakes up. |
| 9/17/2009 | 6:25:14AM | 1 | 639 | 611 secured b-pod doors. |
| 9/17/2009 | 6:46:28AM | 1 | 616 | 625 s/c rec code 4 |
| 9/17/2009 | 6:47:50AM | 1 | 610 | shift 1 ending count 230. 1in/1out |
| 9/17/2009 | 7:00:27AM | 2 | 622 | Taking over M/C with 38 sharps, 1 bolt cutters, 1 scba tank, all keys, no OC, 2 water chase tools, 1 master computer, 1 deputys computer, 1 ba computer, 1 elevator key |
| 9/17/2009 | 7:01:24AM | 2 | 622 | Jackson did a sight check in receiving |
| 9/17/2009 | 7:13:10AM | 1 | 624 | jermey edwards in h pod says he feels thertend notified rec of situation |
| 9/17/2009 | 7:00:18AM | 2 | 628 | 628 (Conway) takes over North Control |
| 9/17/2009 | 7:27:39AM | 2 | 628 | Carrie Sterling -a- and William Calloaway -b- out to court |
| 9/17/2009 | 7:30:49AM | 2 | 622 | Jackson did a sight check in receiving |

PLAINTIFF'S
EXHIBIT

PENGAD 800-631-6989

| Date | | Shift | Deputy | Notes |
|------|------|-------|--------|-------|
| 9/17/2009 | 7:33:54AM | 1 | 624 | jackson takes one to h |
| 9/17/2009 | 7:35:15AM | 2 | 621 | courthouse dep notified via radio 1female/2males ready for Judge Lucas at 0800. they are standing by in rec |
| 9/17/2009 | 7:41:07AM | 2 | 628 | David Taylor B/J |
| 9/17/2009 | 7:51:12AM | 2 | 622 | Courthouse is 98 with Carrie Sterling, William Callaway, Korey Martin to court |
| 9/17/2009 | 8:02:35AM | 2 | 622 | Courthouse is 98 with Michael McIntire to court |
| 9/17/2009 | 8:03:12AM | 2 | 622 | Jackson did a sight check in receiving |
| 9/17/2009 | 8:08:07AM | 2 | 622 | Norman is 97 with 1 male 1015 |
| 9/17/2009 | 8:16:22AM | 2 | 622 | Jackson did a sight check in receiving |
| 9/17/2009 | 8:32:09AM | 2 | 622 | Norman is 98, City of Norman is 97 |
| 9/17/2009 | 8:33:27AM | 2 | 622 | Thetford did a sight check in receiving |
| 9/17/2009 | 8:37:18AM | 2 | 622 | Courthouse is returning 3 from court |
| 9/17/2009 | 8:39:22AM | 2 | 622 | Courthouse is 98 with Jeremy Coyle, Allen Idell, Glen Jones, Henry Martinez, Mark Stauffer to court |
| 9/17/2009 | 8:45:16AM | 2 | 622 | Transport is 97 with 1 male 1015 |
| 9/17/2009 | 8:50:54AM | 2 | 622 | Courthouse is 98 with Eddie Johns to court |
| 9/17/2009 | 8:54:03AM | 2 | 622 | Recieved a bond from reception on a Donna Bogle, Jackson to it to receiving |
| 9/17/2009 | 8:56:15AM | 2 | 622 | Courthouse is returning 1 male |
| 9/17/2009 | 8:58:51AM | 2 | 622 | Transport is 98 with 1 male |
| 9/17/2009 | 8:43:07AM | 2 | 628 | Richard Curtis Attourney Visit |
| 9/17/2009 | 9:07:52AM | 2 | 622 | Bullard did a sight check in receiving |
| 9/17/2009 | 9:08:58AM | 2 | 622 | Courthouse is returning 1 male |
| 9/17/2009 | 9:14:59AM | 1 | 624 | jsckson takes one new inmate to g |
| 9/17/2009 | 9:16:49AM | 2 | 622 | CTI is 97, notified DAvis |
| 9/17/2009 | 9:19:30AM | 2 | 622 | Courthouse is 1015 x 1 male |
| 9/17/2009 | 9:23:04AM | 2 | 628 | Devon Reynold out out to medical |
| 9/17/2009 | 9:23:23AM | 2 | 628 | Michael Mcintire B/J |
| 9/17/2009 | 9:23:21AM | 2 | 622 | Received an OR on Eddie Johns and another Bond on Donna Bogle, bullard took them |
| 9/17/2009 | 9:30:32AM | 2 | 628 | Deven Reynolds Attny Visit |
| 9/17/2009 | 9:53:25AM | 2 | 622 | Thetford is walking out Michael Mcintire and Thomas Ferguson |
| 9/17/2009 | 9:53:55AM | 2 | 622 | Thetford did a sight check in receiving |
| 9/17/2009 | 9:55:28AM | 2 | 622 | Transport is 98 with 2 male 1015 to mental health |
| 9/17/2009 | 10:14:10AM | 2 | 622 | CCSO is 97 wit 1 male 1015 |
| 9/17/2009 | 10:19:19AM | 2 | 622 | Shobe called in sick |
| 9/17/2009 | 10:24:03AM | 2 | 622 | CCSO is 98 |
| 9/17/2009 | 10:54:42AM | 2 | 622 | Thetford did a sight check in receiving |
| 9/17/2009 | 11:04:38AM | 2 | 622 | Reveived a bond on Deanna Webster |
| 9/17/2009 | 11:09:02AM | 2 | 637 | 637 takes over mc with all accounted for |
| 9/17/2009 | 11:10:09AM | 2 | 637 | trans neisent 1015 x 2 males |
| 9/17/2009 | 11:14:38AM | 2 | 637 | 627 sc in rec is code 4 |
| 9/17/2009 | 11:23:31AM | 2 | 637 | trans neisent 1098 alone |
| 9/17/2009 | 11:25:53AM | 2 | 637 | 640 feeds rec, f east. sc in is code 4 |
| 9/17/2009 | 11:28:45AM | 2 | 637 | 620 w/o webster, deanna |
| 9/17/2009 | 11:30:09AM | 2 | 637 | court dep return 2 males from court |
| 9/17/2009 | 11:41:21AM | 2 | 637 | 619 sc in rec is code 4 |
| 9/17/2009 | 11:44:38AM | 2 | 637 | received an or on hicks, kelly |
| 9/17/2009 | 11:48:43AM | 1 | 624 | 640 does feeding and s/c of pod e |
| 9/17/2009 | 11:49:44AM | 2 | 637 | 619 sc in rec is code 4 |
| 9/17/2009 | 11:51:18AM | 2 | 637 | ccso edwards 1097 1015 x 1 male |
| 9/17/2009 | 11:53:55AM | 2 | 637 | 619 sc in rec is code 4 |
| 9/17/2009 | 11:59:12AM | 2 | 637 | court dep hultman 1097 alone |
| 9/17/2009 | 12:06:23PM | 3 | 637 | ccso hilbun 1097 alone |
| 9/17/2009 | 12:08:42PM | 2 | 637 | court dep 1098 1015 5 males and 1 female out to drug court |
| 9/17/2009 | 12:10:45PM | 1 | 624 | 640 does feeding and s/c of pod g |
| 9/17/2009 | 12:13:53PM | 1 | 624 | 640 does feeding and s/c of pod h |
| 9/17/2009 | 12:14:11PM | 2 | 637 | ccso edwards 1098 alone |
| 9/17/2009 | 12:15:59PM | 2 | 637 | ccso killman and tipton 1097 1015 x 1 female |
| 9/17/2009 | 12:25:26PM | 2 | 637 | ccso tipton, killman and hillbun 1098 alone |
| 9/17/2009 | 12:30:29PM | 2 | 640 | several trays and cups in pods left from breakfast count to follow after tcs |
| 9/17/2009 | 12:37:12PM | 2 | 637 | okc marshal 1097 alone |

| Date | | Shift | Deputy | Notes |
|------|------|-------|--------|-------|
| 9/17/2009 | 12:39:27PM | 2 | 637 | 627 sc in rec is code 4 |
| 9/17/2009 | 12:43:52PM | 2 | 637 | 619 pulls prop out of locker 121 |
| 9/17/2009 | 12:47:25PM | 2 | 637 | okc 1098 1015 x 1 male |
| 9/17/2009 | 12:50:37PM | 1 | 624 | 640 does tcs of e |
| 9/17/2009 | 12:51:09PM | 1 | 624 | 640 does tcs of g |
| 9/17/2009 | 12:52:59PM | 1 | 624 | 640 does tcs of h |
| 9/17/2009 | 12:52:31PM | 2 | 637 | 619 w/o Bertschy, Justin |
| 9/17/2009 | 1:06:45PM | 3 | 637 | ou pd chandler and littlejohn 1097 1015 x 2 males |
| 9/17/2009 | 1:10:46PM | 2 | 637 | 640 tcs f pod. sc is code 4 |
| 9/17/2009 | 1:15:00PM | 2 | 640 | A pod 2 extra cups 2 extra tray |
| | | | | B pod 2 extra cups |
| | | | | E pod 2 extra cups |
| | | | | H pod 4 extra cups |
| 9/17/2009 | 1:14:00PM | 2 | 637 | court dep return 6 from drug court |
| 9/17/2009 | 1:18:53PM | 2 | 637 | court dep 1097 1015 3 |
| 9/17/2009 | 1:34:15PM | 2 | 637 | court dep 1015 x 1 male and 1 female |
| 9/17/2009 | 1:34:42PM | 2 | 637 | ou pd littlejohn and chandler 1098 alone |
| 9/17/2009 | 1:35:17PM | 2 | 637 | 640 feeds drug court inmates |
| 9/17/2009 | 11:52:49AM | 2 | 628 | 640 Feeds A, B, C, D pods, site check code 4 |
| 9/17/2009 | 1:40:36PM | 2 | 637 | moore barnes 1097 1015 x 1 male |
| 9/17/2009 | 1:41:47PM | 2 | 637 | ccso trans neisent 1097 1015 x 3 males and 1 female |
| 9/17/2009 | 1:46:08PM | 2 | 637 | 619 sc in rec is code 4 |
| 9/17/2009 | 1:51:51PM | 2 | 637 | 619 sc in rec is code 4 |
| 9/17/2009 | 2:00:46PM | 2 | 637 | Moore 1098 alone |
| 9/17/2009 | 2:00:57PM | 2 | 637 | 627 sc in rec is code 4 |
| 9/17/2009 | 2:05:24PM | 2 | 637 | 619 sc in rec is code 4 |
| 9/17/2009 | 2:08:32PM | 2 | 637 | p&p 1097 1015 x 1 male |
| 9/17/2009 | 2:10:15PM | 2 | 637 | 640 tcs rec. code 4 |
| 9/17/2009 | 2:11:59PM | 1 | 624 | the nurse passes meds in e |
| 9/17/2009 | 2:18:01PM | 1 | 624 | the nurse passes meds in h |
| 9/17/2009 | 2:18:13PM | 2 | 637 | court dep 1097 1015 x 1 male |
| 9/17/2009 | 2:19:35PM | 2 | 637 | recieved a bond on pierce, richard |
| 9/17/2009 | 2:18:25PM | 1 | 624 | recived a call from 218 johhny gibson gibson stated 217 colin robinson had a sharpend tooth brush and tried to stab gibson through the ben hole while he was on dayroom notified receving of issue. |
| 9/17/2009 | 2:23:20PM | 2 | 628 | Had threats being made to Reese and Gibson from Collin Robinson that he was going to stab them with a sharpened tooth brush. 627 and 619 are responding |
| 9/17/2009 | 2:37:22PM | 2 | 637 | 622 sc in rec is code 4 |
| 9/17/2009 | 2:47:39PM | 2 | 637 | 627 w/o mcclure, sean and martinez, henry |
| 9/17/2009 | 2:48:38PM | 2 | 637 | 619 sc in rec is code 4 |
| 9/17/2009 | 2:49:18PM | 2 | 637 | ccso barnell is 1097 1015 x 2 males |
| 9/17/2009 | 2:59:55PM | 3 | 637 | 627 sc in rec is code 4. recieved a or on kessinger, logan |
| 9/17/2009 | 3:07:27PM | 1 | 624 | 624 takes over master control for shift coverage |
| 9/17/2009 | 3:09:21PM | 3 | 630 | Shift III begining count 230. |
| 9/17/2009 | 3:03:03PM | 3 | 623 | 623 takes over in n/c with 1 flashlight, 1 beanhole key, 1 scba, 1 radio w/carger & extra battery, and NO ocs |
| 9/17/2009 | 3:15:19PM | 1 | 624 | 642 says rec is code 4 |
| 9/17/2009 | 3:23:07PM | 1 | 624 | 642 says rec is code 4 |
| 9/17/2009 | 3:24:06PM | 1 | 624 | master received an or for george henry royle |
| 9/17/2009 | 3:28:12PM | 3 | 623 | Inmate Gibson, Johnny called n/c and said he didnt get his visit on visitaion day. He then said that if we took his visitation he would hurt one of us. I asked him if he was making a threat against ccdc personel and he said yes! |
| 9/17/2009 | 3:39:07PM | 1 | 624 | rec code 4 per holmes |
| 9/17/2009 | 3:43:29PM | 1 | 624 | rec code 4 per holmes |
| 9/17/2009 | 3:45:52PM | 1 | 624 | noble x1 white female |
| 9/17/2009 | 3:49:40PM | 1 | 624 | noble took there inmate to the b/a room |
| 9/17/2009 | 4:03:23PM | 1 | 624 | rec code 4 per holmes |
| 9/17/2009 | 4:03:16PM | 3 | 623 | 632 changes out C-pod |
| 9/17/2009 | 11:06:53AM | 1 | 624 | sgt.henry retrives a bond surrender from up front |
| 9/17/2009 | 4:15:05PM | 1 | 624 | rec code 4 per holmes 4 |

| Date | | Shift | Deputy | Notes |
|------|------|-------|--------|-------|
| 9/17/2009 | 4:29:49PM | 1 | 624 | rec code 4 per holmes |
| 9/17/2009 | 4:33:24PM | 1 | 624 | kittles does feeding and s/c of f and rec |
| 9/17/2009 | 4:45:07PM | 1 | 624 | rec code 4 per holmes |
| 9/17/2009 | 4:49:49PM | 1 | 624 | rec code 4 per holmes |
| 9/17/2009 | 4:52:38PM | 3 | 623 | 640 feeds and s/c's D-pod |
| 9/17/2009 | 4:56:57PM | 1 | 624 | rec code 4 per holmes |
| 9/17/2009 | 4:55:38PM | 3 | 623 | 640's s/c in D-pod is code-4 |
| 9/17/2009 | 4:58:07PM | 3 | 623 | 640 and 632 feed and s/c C-pod |
| 9/17/2009 | 5:03:22PM | 1 | 624 | brown w/o danny thomas |
| 9/17/2009 | 5:04:17PM | 3 | 623 | 623 and 640's s/c in C-pod is code-4 |
| 9/17/2009 | 5:05:29PM | 3 | 623 | 640 and 632 feed and s/c B-pod |
| 9/17/2009 | 5:09:16PM | 1 | 624 | rec code 4 per holmes |
| 9/17/2009 | 5:09:30PM | 3 | 623 | 640 and 623's s/c in rec is code-4 |
| 9/17/2009 | 5:10:43PM | 3 | 623 | 640 feeds and s/c's A-pod |
| 9/17/2009 | 5:18:44PM | 1 | 624 | rec code 4 per holmes |
| 9/17/2009 | 5:23:10PM | 3 | 623 | 640's s/c in rec is code-4 |
| 9/17/2009 | 5:24:03PM | 3 | 631 | 640 feeds E pod |
| 9/17/2009 | 5:26:20PM | 3 | 631 | 640 feeds G pod |
| 9/17/2009 | 5:31:06PM | 3 | 631 | 640 feeds H pod |
| 9/17/2009 | 5:34:43PM | 1 | 624 | rec code 4 per holmes |
| 9/17/2009 | 5:41:11PM | 1 | 624 | rec code 4 per holmes |
| 9/17/2009 | 5:46:45PM | 1 | 624 | rec code 4 per holmes |
| 9/17/2009 | 5:59:54PM | 1 | 624 | lexington x1 whitefemale |
| 9/17/2009 | 6:03:24PM | 1 | 624 | barry barnet is here for his weekend |
| 9/17/2009 | 6:10:49PM | 3 | 624 | rec code 4 per holmes |
| 9/17/2009 | 6:10:11PM | 3 | 623 | inmate Gibson, Johnny contiues to make threats against CCDC staff |
| 9/17/2009 | 6:12:22PM | 3 | 631 | 632 changes out H pod |
| 9/17/2009 | 6:12:26PM | 1 | 624 | wilkerson w/o thompson,tyrone gordon,darious thompson,tyrone |
| 9/17/2009 | 6:17:15PM | 3 | 623 | Sgt Henry and 640 tcs D-pod |
| 9/17/2009 | 6:19:59PM | 3 | 623 | Sgt Henry lets D-315 out for Dyrm |
| 9/17/2009 | 6:21:54PM | 1 | 624 | rec code 4 per holmes |
| 9/17/2009 | 6:24:00PM | 3 | 623 | 640 tcs'd C-pod |
| 9/17/2009 | 6:25:19PM | 3 | 623 | 640 is tcsing B-pod |
| 9/17/2009 | 6:28:32PM | 3 | 623 | 640 tcs'd A-pod |
| 9/17/2009 | 6:30:00PM | 3 | 631 | 640 TCS E pod |
| 9/17/2009 | 6:30:36PM | 3 | 631 | 640 TCS G pod |
| 9/17/2009 | 6:30:06PM | 3 | 623 | 640's s/c in A, B, C, and D-pod is code-4 |
| 9/17/2009 | 6:31:56PM | 3 | 631 | 640 TCS H pod |
| 9/17/2009 | 6:36:15PM | 3 | 623 | N/C saw inmates pop the doors in cells 305, 308, 206 |
| 9/17/2009 | 6:42:25PM | 1 | 624 | branich lets dale austin use the phone for 15min |
| 9/17/2009 | 7:05:40PM | 3 | 626 | 612 S/C rec code 4 |
| 9/17/2009 | 7:08:33PM | 3 | 623 | All pods have been locked down |
| 9/17/2009 | 7:25:59PM | 3 | 626 | 634 S/C Rec code 4 |
| 9/17/2009 | 7:24:57PM | 3 | 623 | The pods are let back out |
| 9/17/2009 | 7:34:17PM | 3 | 626 | 634 S/C Rec code 4 |
| 9/17/2009 | 7:38:08PM | 3 | 626 | Moore 10-97 |
| 9/17/2009 | 7:40:42PM | 3 | 626 | Moore stromskie 10-15 X 1 male |
| 9/17/2009 | 7:51:55PM | 3 | 626 | 632 S/C Rec code 4 |
| 9/17/2009 | 8:32:25PM | 3 | 626 | 634 S/C Rec code 4 |
| 9/17/2009 | 8:32:15PM | 3 | 623 | The nurse passes meds to C-pod |
| 9/17/2009 | 8:41:23PM | 3 | 623 | 632 let inmate Resser, Donald out for dyrm in D-pod |
| 9/17/2009 | 8:43:38PM | 3 | 623 | The nurse passes meds to D-pod. 637 passes mail to D-pod |
| 9/17/2009 | 8:59:44PM | 3 | 623 | 637 passed mail to A-pod |
| 9/17/2009 | 9:00:08PM | 3 | 631 | 632 changes out G pod |
| 9/17/2009 | 9:00:28PM | 3 | 623 | 637 passes mail to B-pod |
| 9/17/2009 | 9:01:21PM | 3 | 626 | 634 S/C Rec code 4 |
| 9/17/2009 | 9:28:43PM | 3 | 626 | 642 S/C Rec code 4 |
| 9/17/2009 | 9:28:39PM | 3 | 623 | The nurse passes meds to A-pod |
| 9/17/2009 | 9:36:17PM | 3 | 623 | The nurse and 637 pass meds to B-pod |
| 9/17/2009 | 9:41:47PM | 3 | 626 | 642 S/C Rec code 4 |

| Date | | Shift | Deputy | Notes |
|---|---|---|---|---|
| 9/17/2009 | 9:54:55PM | 3 | 623 | N/C watched B-205, 308 pop the lock on their doors. |
| 9/17/2009 | 10:00:10PM | 3 | 623 | Lock down has been called |
| 9/17/2009 | 10:07:53PM | 3 | 626 | Moore 10-97 |
| 9/17/2009 | 10:09:24PM | 3 | 626 | Moore 10-15 X 1 male |
| 9/17/2009 | 10:10:10PM | 3 | 626 | 642 S/C Rec code 4 |
| 9/17/2009 | 10:14:35PM | 3 | 623 | 637 locked down A-pod |
| 9/17/2009 | 10:15:21PM | 3 | 623 | 632 locked down D-pod |
| 9/17/2009 | 10:16:05PM | 3 | 623 | 637 made sure B-pod was secure |
| 9/17/2009 | 10:17:32PM | 3 | 623 | 637 locks down C-pod |
| 9/17/2009 | 10:23:23PM | 3 | 626 | 631 S/c rec code 4 |
| 9/17/2009 | 10:22:08PM | 3 | 623 | N/C saw C-214, and 313 pop out of their cells. N/C made them go back to their cells. |
| 9/17/2009 | 10:25:16PM | 3 | 623 | B-205, and 206 came out of their cells and turned the tv back on |
| 9/17/2009 | 10:28:14PM | 3 | 623 | 637 locks B-pod back down |
| 9/17/2009 | 10:24:54PM | 3 | 626 | 642 S/C Rec code 4 |
| 9/17/2009 | 10:48:55PM | 3 | 623 | N/C told C-313 to shut their door again |
| 9/17/2009 | 10:57:57PM | 1 | 639 | 639 campbell takes over m/c. 1 battery, 1 radio f-keys, w/monitor working b/a keey, other tools. |
| 9/17/2009 | 11:01:37PM | 1 | 626 | 626 taking over N/C |
| 9/17/2009 | 10:59:31PM | 1 | 639 | m/c s/c no response. |
| 9/17/2009 | 11:10:34PM | 1 | 639 | 617 rec s/c code 4. |
| 9/17/2009 | 11:24:30PM | 1 | 639 | 614 rec s/c code 4. |
| 9/17/2009 | 11:39:24PM | 1 | 639 | 617 rec s/c  code 4. |
| 9/18/2009 | 12:00:43AM | 1 | 639 | moore officer landrum 1015 1 male. |
| 9/18/2009 | 12:02:09AM | 1 | 626 | 648 S/C H Pod code 4 |
| 9/18/2009 | 12:21:21AM | 1 | 639 | moore officer landrum left alone. |
| 9/18/2009 | 12:06:02AM | 1 | 626 | 648 S/C G Pod code 4 |
| 9/18/2009 | 12:18:03AM | 1 | 626 | 648 S/C E pod code 4 |
| 9/18/2009 | 12:35:18AM | 1 | 639 | 617 rec s/c code 4. |
| 9/18/2009 | 12:37:15AM | 1 | 639 | moore officer white 1015 1 male. |
| 9/18/2009 | 12:23:40AM | 1 | 626 | 648 S/C D Pod code 4 |
| 9/18/2009 | 12:27:08AM | 1 | 626 | 648 S/C C Pod code 4 |
| 9/18/2009 | 12:32:11AM | 1 | 626 | 648 S/C B Pod code 4 |
| 9/18/2009 | 12:41:33AM | 1 | 639 | 617 placed property in locker # 232. |
| 9/18/2009 | 12:36:51AM | 1 | 626 | 648 S/C A Pod code 4 |
| 9/18/2009 | 12:54:45AM | 1 | 639 | moore crpl white left alone. |
| 9/18/2009 | 1:21:53AM | 1 | 639 | 634 w/o scott, treadway. |
| 9/18/2009 | 1:22:49AM | 1 | 639 | norman officer vinson 1015 1 male. |
| 9/18/2009 | 1:36:55AM | 1 | 639 | 611 rec s/c code 4. 617 w/c edward simpson. |
| 9/18/2009 | 1:40:33AM | 1 | 639 | ccso officer sites 1015 alone and left alone. |
| 9/18/2009 | 2:21:23AM | 1 | 639 | norman officer vinson left alone. |
| 9/18/2009 | 2:21:54AM | 1 | 639 | norman officer grippen 1015 1 female. |
| 9/18/2009 | 2:26:15AM | 1 | 639 | 614 rec s/c code 4. |
| 9/18/2009 | 2:46:06AM | 1 | 639 | norman officer gippen left alone. |
| 9/18/2009 | 2:52:14AM | 1 | 639 | norman officer watson 1015 1 female. |
| 9/18/2009 | 2:59:27AM | 1 | 639 | o.u. officer lewis 1015 1 male. |
| 9/18/2009 | 3:17:14AM | 1 | 639 | norman officer watson left alone. |
| 9/18/2009 | 3:18:22AM | 1 | 639 | o.u. officer krammer 1015 1 male. |
| 9/18/2009 | 3:18:56AM | 1 | 639 | 611 rec s/c code 4. |
| 9/18/2009 | 3:35:09AM | 1 | 639 | o.u. officer lewis left alone. |
| 9/18/2009 | 4:03:17AM | 1 | 639 | o.u. officer krammer left alone. ccso dep bolling 1097 alone. |
| 9/18/2009 | 4:32:11AM | 1 | 639 | ccso dep bolling left alone. |
| 9/18/2009 | 4:50:47AM | 1 | 639 | kitchen called ready to feed. |
| 9/18/2009 | 4:56:11AM | 1 | 639 | 634 and 3 trustee's feed rec/dayroom. |
| 9/18/2009 | 4:56:55AM | 1 | 639 | 614 rec s/c code 4. |
| 9/18/2009 | 5:05:19AM | 1 | 626 | 617 feeding D pod |
| 9/18/2009 | 5:10:23AM | 1 | 639 | 614 rec s/c code 4. |
| 9/18/2009 | 5:10:41AM | 1 | 648 | 611 Feeding E pod |
| 9/18/2009 | 5:12:12AM | 1 | 626 | 617 feeding C pod |
| 9/18/2009 | 5:09:48AM | 1 | 626 | Roger Ramirez refused brakefast |
| 9/18/2009 | 5:17:25AM | 1 | 639 | nurse shannon in dayroom w/meds. |

| Date | | Shift | Deputy | Notes |
|---|---|---|---|---|
| 9/18/2009 | 5:17:55AM | 1 | 626 | Laura Griggy refused braekfast |
| 9/18/2009 | 5:19:52AM | 1 | 626 | 617 fedding A pod |
| 9/18/2009 | 5:26:47AM | 1 | 639 | nurse and 614 in f-pod w.meds. |
| 9/18/2009 | 5:24:41AM | 1 | 626 | 617 feding B pod |
| 9/18/2009 | 5:35:09AM | 1 | 626 | 617 TCS D pod S/C code 4 |
| 9/18/2009 | 5:13:18AM | 1 | 648 | 611 Feeding G pod |
| 9/18/2009 | 5:25:51AM | 1 | 648 | 611 Feeding H pod |
| 9/18/2009 | 5:38:56AM | 1 | 626 | 617 TCS B pod S/C code 4 |
| 9/18/2009 | 5:46:22AM | 1 | 639 | 617 and 2 trustee's tcs rec/dayroom. 634 pulled property from lkr #117. |
| 9/18/2009 | 5:52:35AM | 1 | 648 | 611 TCS E pod s/c code 4 |
| 9/18/2009 | 5:54:13AM | 1 | 648 | 611 TCS G pod s/c code 4 |
| 9/18/2009 | 5:47:27AM | 1 | 639 | surety bond from moore municipal court clerk's office; for edward joe simpson (dob) 12/10/1977. |
| 9/18/2009 | 5:58:05AM | 1 | 648 | 611 TCS H pod s/c code 4 |
| 9/18/2009 | 5:59:35AM | 1 | 626 | nurse passing meds in D pod |
| 9/18/2009 | 5:55:46AM | 1 | 639 | okco transport dep. garnera alone. left with 2 males. |
| 9/18/2009 | 6:09:00AM | 1 | 639 | 634 w/c jan mc quire. |
| 9/18/2009 | 6:04:26AM | 1 | 626 | nurse passing meds in C pod |
| 9/18/2009 | 6:19:46AM | 1 | 626 | nurse passing meds in B pod |
| 9/18/2009 | 6:23:24AM | 1 | 626 | nurse passing meds in A pod |
| 9/18/2009 | 6:23:45AM | 1 | 639 | 614 rec s.c code 4. o.u. officer lewis 1097 alone. |
| 9/18/2009 | 6:26:59AM | 1 | 648 | nurse passing meds in E pod |
| 9/18/2009 | 6:26:53AM | 1 | 639 | o.u. officer left alone. |
| 9/18/2009 | 6:32:26AM | II | 646 | court list and paperwork for Judge Walkley's 9/18/09 0830 docket is on the door (in the county court space) as well as her 1330. |
| 9/18/2009 | 6:46:26AM | 1 | 639 | 617 rec s/c code 4. |
| 9/18/2009 | 6:52:05AM | 2 | 629 | shift two starts w/ count clear at 245. |
| 9/18/2009 | 7:04:45AM | 2 | 633 | 633 in s/c,1 flashlight,1 radio and battery,1 tv remote,no oc spray |
| 9/18/2009 | 7:12:28AM | 2 | 633 | b/j jason tucker[g]/629 |
| 9/18/2009 | 7:13:49AM | 2 | 628 | Fowler s/c rec code 4 |
| 9/18/2009 | 7:14:30AM | 2 | 628 | 629 walking out kerrfield |
| 9/18/2009 | 7:30:48AM | 2 | 628 | Fowler s/c rec code 4 |
| 9/18/2009 | 7:39:42AM | 2 | 633 | 629 an cleaning crew cleaning shower in [g] |
| 9/18/2009 | 7:05:12AM | 2 | 628 | Muskogee CO 97 |
| 9/18/2009 | 7:19:32AM | 2 | 628 | Muskogee Co 98, 10-15 1 male |
| 9/18/2009 | 7:44:16AM | 2 | 633 | [e]adraian murphy[h]ricky bailey to court/629 |
| 9/18/2009 | 7:48:27AM | 2 | 633 | 629 10-15 x1 new res to [g] |
| 9/18/2009 | 7:51:02AM | 2 | 628 | Fowler s/c rec code 4 |
| 9/18/2009 | 7:47:36AM | 2 | 627 | 627 called to the courthouse and notified that 8 were standing by for Judge Walkley for the 8:15 docket |
| 9/18/2009 | 7:55:24AM | 2 | 628 | Fowler s/c rec code 4 |
| 9/18/2009 | 7:55:49AM | 2 | 628 | 619 put prop in 131 |
| 9/18/2009 | 8:05:43AM | 2 | 628 | Court deputies out with: Andre Williams, Sang Van Nguyen, Kenneth Hudson, Ricky Bailey, Kelvin Foster, Joe Hawkins, Adrian Murphy, and James Jordanoff out to see judge Walkey |
| 9/18/2009 | 8:16:42AM | 2 | 628 | Fowler s/c rec code 4 |
| 9/18/2009 | 8:19:50AM | 2 | 633 | b/j[e]kory martin[h]antwon webb/629 |
| 9/18/2009 | 8:32:10AM | 2 | 635 | visitation begins for Donald Reeser (D) Rickey Pearson (D) Kevin Trammel (C) and William Davis (C) |
| 9/18/2009 | 8:33:30AM | 2 | 628 | 2 CCSO transport 98, 10-15 2 males |
| 9/18/2009 | 8:43:54AM | 2 | 635 | Brad in B to remove TV per Lt Miller |
| 9/18/2009 | 8:49:49AM | 2 | 628 | Jan McGuire is at the front door, notified rec |
| 9/18/2009 | 9:01:54AM | 2 | 633 | daniel hezberg[g] to court/614 |
| 9/18/2009 | 9:07:21AM | 2 | 633 | 0900visitation:[e]john nelms,rodney jaggers,[h]steven sanchez,[g]charles shipley/629 |
| 9/18/2009 | 9:08:40AM | 2 | 619 | visitation started at 0906 |
| 9/18/2009 | 9:13:13AM | 2 | 628 | 635 placing propert in 203 |
| 9/18/2009 | 9:21:54AM | 2 | 628 | Fowler s/c rec code 4 |
| 9/18/2009 | 9:37:06AM | 2 | 628 | ccso jones 97 10-15 1 male |
| 9/18/2009 | 9:37:23AM | II | 646 | paperwork for leonel martinez is handed to cpl. fowler. He has court jdge Ring at 1315 |
| 9/18/2009 | 9:38:09AM | 2 | 635 | Cox, Michael (B) to court |

| Date | | Shift | Deputy | Notes |
|---|---|---|---|---|
| 9/18/2009 | 9:41:20AM | 2 | 633 | 0930 visitation:[h]jarode virger |
| 9/18/2009 | 9:20:29AM | 2 | 628 | court deputies out with: Richard Curtis, Karen Spilka, Daniel Herzberg, and Levi Johnson out to see judge Ring ASAP |
| 9/18/2009 | 9:42:21AM | 2 | 614 | i 614 called the courthouse to let them know that john neloms and michael cox were ready for 1000 court for judge walkey |
| 9/18/2009 | 9:44:30AM | 2 | 633 | maint. in [h] putting up new shower rod |
| 9/18/2009 | 9:51:21AM | 2 | 633 | scott mcclendon[h] atty visit/629 |
| 9/18/2009 | 9:54:41AM | 2 | 628 | Fowler site check code 4 |
| 9/18/2009 | 9:53:12AM | 2 | 628 | ccso venable 97 10-15 x 1 male |
| 9/18/2009 | 9:54:28AM | 2 | 633 | [h]rickey bailey,[e]adrian murphy returned from court/629 |
| 9/18/2009 | 9:57:36AM | 2 | 633 | maint. complete in [h] |
| 9/18/2009 | 9:58:17AM | 2 | 635 | thetford returns t2 to C, 1 to A from court. |
| 9/18/2009 | 9:59:10AM | 2 | 633 | daniel hezberg[g] returned from court/627 |
| 9/18/2009 | 10:01:00AM | 1 | 68 | installed new shower rod in h pod |
| 9/18/2009 | 10:01:49AM | 2 | 628 | Fowler sight check rec code 4 |
| 9/18/2009 | 10:02:13AM | 2 | 633 | 1000 visitation:[e]adrian murphy,[h]ricky roden |
| 9/18/2009 | 10:03:41AM | 2 | 628 | OK marshal 97, alone |
| 9/18/2009 | 10:04:29AM | 2 | 635 | Johnson, Byron (C) b/j |
| 9/18/2009 | 10:21:15AM | 2 | 633 | [h]scott mcclendon returned from atty visit /619 |
| 9/18/2009 | 10:03:57AM | 2 | 628 | Recieved a bond for: Wadlow, Shaun and Lacee Marez |
| 9/18/2009 | 10:40:14AM | 2 | 628 | 619 walking out: Dickens and Morris |
| 9/18/2009 | 10:44:57AM | 2 | 633 | 629 10-15 x1 new res to [h] |
| 9/18/2009 | 10:47:17AM | 2 | 633 | scott mcclendon[h] to court/629 |
| 9/18/2009 | 10:48:52AM | 2 | 628 | doctor is in rec doing some x-rays on individual out of 104 |
| 9/18/2009 | 10:49:37AM | 2 | 628 | spc holmes has come in for shift coverage |
| 9/18/2009 | 10:49:52AM | 2 | 628 | rec on OR Phaelen Bruesch |
| 9/18/2009 | 10:57:33AM | 2 | 619 | court deputies taking scott mclendon to court |
| 9/18/2009 | 11:02:32AM | 2 | 619 | holmes s/c rec. code 4 |
| 9/18/2009 | 11:03:53AM | 2 | 635 | richard curtis (C) and Karen Spilka (A) b/j |
| 9/18/2009 | 11:03:30AM | 2 | 633 | b/j daniel hezberg[g]/629 |
| 9/18/2009 | 11:14:17AM | 2 | 635 | Welch, Claire b/j from A |
| 9/18/2009 | 11:15:32AM | 2 | 628 | holmes s/c rec code 4 |
| 9/18/2009 | 11:23:54AM | 2 | 633 | 632 feeding [e] |
| 9/18/2009 | 11:27:50AM | 2 | 633 | 632 feeding [g] |
| 9/18/2009 | 11:32:03AM | 2 | 628 | 619 walking out: Karen Spilka, Jonathan Welch, Richard Curtis, and Dianel Herzberg. |
| 9/18/2009 | 11:33:50AM | 2 | 633 | 632 feeding [h] |
| 9/18/2009 | 11:38:29AM | 2 | 628 | holmes s/c rec code 4 |
| 9/18/2009 | 11:41:43AM | 2 | 633 | [h]scott mcclendon returned from court/629 |
| 9/18/2009 | 11:21:20AM | 2 | 628 | 632 feeds Rec and F-pod also does a s/c all is code 4 |
| 9/18/2009 | 11:55:52AM | 2 | 628 | Holmes s/c rec code 4 |
| 9/18/2009 | 12:00:30PM | 2 | 633 | b/j stewart ernest[h]/629 |
| 9/18/2009 | 12:02:50PM | 2 | 628 | Holmes placing 103 on dayrooms for excerise and showers |
| 9/18/2009 | 12:09:17PM | 2 | 628 | 619 walking out Stuart Ernest and Rogelio rojo-rangel |
| 9/18/2009 | 12:18:29PM | 2 | 628 | 632 TCS in rec and Fpod and also does a s/c all is code 4 |
| 9/18/2009 | 12:20:11PM | 2 | 633 | 632 tcsing [e] |
| 9/18/2009 | 12:22:26PM | 2 | 628 | holmes s/c rec code 4 |
| 9/18/2009 | 12:23:27PM | 2 | 633 | 632 tcsing [g] |
| 9/18/2009 | 12:24:40PM | 2 | 633 | 632 tcsing [h] |
| 9/18/2009 | 12:20:01PM | 2 | 633 | 632 s/c e,g,h c4 |
| 9/18/2009 | 12:35:59PM | 2 | 628 | CCSO Venable 97, 10-15 one male |
| 9/18/2009 | 12:36:31PM | 2 | 628 | Pott Co 97, Alone |
| 9/18/2009 | 12:37:40PM | 2 | 628 | 629 walking out James Tanepay |
| 9/18/2009 | 12:39:36PM | 2 | 628 | Pott Co 98, 10-15 1 female |
| 9/18/2009 | 12:43:33PM | 2 | 628 | Moore PD 10-15 one female |
| 9/18/2009 | 12:52:05PM | 2 | 628 | Holmes s/c rec code 4 |
| 9/18/2009 | 12:52:38PM | 2 | 635 | rice, shawn (C) to medical |
| 9/18/2009 | 12:54:52PM | 2 | 633 | 1300 visitation:[e]tony allen,[g]matthew cody |
| 9/18/2009 | 1:04:37PM | 2 | 628 | Commisiary truck 97 |
| 9/18/2009 | 1:07:16PM | 2 | 628 | holmes rec code 4 |
| 9/18/2009 | 1:08:21PM | 2 | 628 | OR Paper placed in windows for: Tina Archer and Brandon Stout |

| Date | | Shift | Deputy | Notes |
|------|---|-------|--------|-------|
| 9/18/2009 | 1:07:52PM | 2 | 633 | [g]lionel martinez,[h]delbert spores to court/620 |
| 9/18/2009 | 1:10:45PM | 2 | 628 | court deputies out with: Leaonel Martinez and Delbert Spores |
| 9/18/2009 | 1:18:35PM | 2 | 633 | arraignments:[g]james george,david bales,charles higdon,derek sampereri,[h]shaun wadlow,damian ryan,oliver hanratanagorn,cody bell,charles williams/629 |
| 9/18/2009 | 1:30:43PM | 2 | 628 | Holmes rec code 4 |
| 9/18/2009 | 1:29:32PM | 2 | 633 | 1330 visitation:[e]tony allen,[g]jimmy moses,[h]nathanel strait |
| 9/18/2009 | 1:33:26PM | 2 | 628 | OR paper in window for Sterling, Carrie |
| 9/18/2009 | 1:30:32PM | 2 | 622 | Received a call from Kansas DOC regarding James Tainpeah informing us that he has a vaid warrant from them and Caddo Co never informed us that Kansas Doc had a warrant for him. |
| 9/18/2009 | 1:41:23PM | 2 | 633 | cleaning supplies for [e]/632 |
| 9/18/2009 | 1:47:44PM | 2 | 633 | delbert spores[h] returned from court/619 |
| 9/18/2009 | 1:48:35PM | 2 | 628 | Holmes s/c rec code 4 |
| 9/18/2009 | 1:48:57PM | 2 | 628 | Placed PC Addidavt in the window 4 a cutliff, latoya |
| 9/18/2009 | 1:49:46PM | 2 | 628 | court dep returning 1 |
| 9/18/2009 | 1:53:35PM | 2 | 633 | 619 10-15 x1 new res to [g] |
| 9/18/2009 | 1:54:24PM | 2 | 628 | ccso jones 97, 10-15 1 male |
| 9/18/2009 | 1:54:41PM | 2 | 628 | tulsa co 97, Alone.. Norman PD 97, 10-15 1 female |
| 9/18/2009 | 7:00:49AM | 2 | 628 | 628 (Conway) takes over Master Control. |
| 9/18/2009 | 2:08:26PM | 2 | 633 | john nelms[e] atty visit/619 |
| 9/18/2009 | 2:12:40PM | 2 | 628 | holmes pulls property out of 229 and 118 |
| 9/18/2009 | 2:12:32PM | 1 | 68 | fixed the door in b pod 207 was jammed with paper |
| 9/18/2009 | 2:14:54PM | 2 | 633 | 1400 visitation:[h]brandon walker,[g]arron keith |
| 9/18/2009 | 2:22:24PM | 2 | 628 | 632 s/c rec code 4 |
| 9/18/2009 | 2:23:49PM | 2 | 628 | McClain Co 97, Alone |
| 9/18/2009 | 2:27:11PM | 2 | 633 | nurse passing passing meds to [e] |
| 9/18/2009 | 2:28:48PM | 2 | 633 | nurse passing passing meds to [h] |
| 9/18/2009 | 2:40:51PM | 2 | 633 | 1430 visitation:[g]joseph burns,billy durey,[h]austin reeves |
| 9/18/2009 | 2:45:46PM | 2 | 633 | lionel martinez[g] returned from court/627 |
| 9/18/2009 | 2:54:48PM | 2 | 635 | brancich passes cleaning supplies to C |
| 9/18/2009 | 2:55:01PM | 2 | 633 | cleaning supplies for [g]/632 |
| 9/18/2009 | 3:00:45PM | 3 | 630 | Shift III begining count 234 |
| 9/18/2009 | 3:04:17PM | 2 | 633 | john nelms[e] atty visit complete/635 |
| 9/18/2009 | 3:06:49PM | 3 | 637 | 637 takes over nc with all accounted for |
| 9/18/2009 | 2:59:58PM | 3 | 642 | moore officer Spellman times 1 female |
| 9/18/2009 | 3:30:44PM | 3 | 637 | 1500 visitation starts with james, robert out of c pod and reynolds, devon out of d pod |
| 9/18/2009 | 3:18:36PM | 3 | 642 | nurse giving 104 meds |
| 9/18/2009 | 3:40:02PM | 3 | 642 | ccso Barnell times 1 male |
| 9/18/2009 | 3:47:11PM | 3 | 642 | 631s/c code 4 in rec |
| 9/18/2009 | 3:51:07PM | 3 | 637 | 317 starts dayroom |
| 9/18/2009 | 3:50:01PM | 3 | 642 | ccso Barnell leaving detention center |
| 9/18/2009 | 3:54:48PM | 3 | 637 | 1500 visitation complete |
| 9/18/2009 | 3:54:11PM | 3 | 642 | Kirkhart from Garfield CO 97 |
| 9/18/2009 | 4:04:48PM | 3 | 642 | 630 WALKED OUT Martinez Gamez Stout Bandon ,Archer Tina and hardy Kandi |
| 9/18/2009 | 4:12:34PM | 3 | 642 | received paper work on Bruesch Phelanand bond for Charles Higdon |
| 9/18/2009 | 4:21:58PM | 3 | 642 | moore officer Spellman leaving detention center |
| 9/18/2009 | 4:32:17PM | 3 | 637 | 632 put cleaning supplies in a pod |
| 9/18/2009 | 4:25:05PM | 3 | 642 | officer Kirkhart Garfield CO transporting Kristen Logue |
| 9/18/2009 | 4:33:11PM | 3 | 642 | received bond for Delbert Spores |
| 9/18/2009 | 4:34:34PM | 3 | 642 | 631 s/c rec code 4 |
| 9/18/2009 | 4:36:28PM | 3 | 642 | officer Lee dewey co 97 |
| 9/18/2009 | 4:39:21PM | 3 | 636 | pulled property out of locker 296 |
| 9/18/2009 | 4:40:23PM | 3 | 642 | officer Lee with Dewey co transporting Elvin Hamlton |
| 9/18/2009 | 4:56:16PM | 3 | 642 | ccso Mcswain times 1 male |
| 9/18/2009 | 4:58:26PM | 3 | 642 | 636 feeding in f and rec |
| 9/18/2009 | 5:03:35PM | 3 | 642 | 632 took property off 3rd floor for alain |
| 9/18/2009 | 5:11:28PM | 3 | 642 | moore officer Hanson times 1 male |
| 9/18/2009 | 5:19:46PM | 3 | 642 | ccso McSwain leaving detention center |
| 9/18/2009 | 5:21:48PM | 3 | 637 | 636 feeds a pod. sc is code 4 |
| 9/18/2009 | 5:22:06PM | 3 | 637 | maint is in b pod putting tv back on the wall |

| Date | | Shift | Deputy | Notes |
|------|------|-------|--------|-------|
| 9/18/2009 | 5:30:34PM | 3 | 637 | 636 feeds b pod. sc is code 4 |
| 9/18/2009 | 5:20:50PM | 3 | 642 | 631 s/c in rec code 4 |
| 9/18/2009 | 5:38:24PM | 3 | 637 | 636 feeds d pod, sc is code 4 |
| 9/18/2009 | 5:33:23PM | 3 | 642 | norman is 97 |
| 9/18/2009 | 5:45:02PM | 3 | 642 | norman officer Harper 1015 times 1 male |
| 9/18/2009 | 3:20:36PM | 3 | 647 | 636  feeding e g h pod |
| 9/18/2009 | 5:54:41PM | 3 | 642 | moore officer Hanson leaving detention center |
| 9/18/2009 | 5:58:47PM | 3 | 642 | 631 s/c code 4 in rec |
| 9/18/2009 | 6:12:24PM | 3 | 637 | 636 feeds c pod. sc is code 4 |
| 9/18/2009 | 5:59:17PM | 3 | 642 | 631 s/c code 4 in rec |
| 9/18/2009 | 6:17:31PM | 3 | 637 | 636 tcs a pod. sc is code 4 |
| 9/18/2009 | 6:17:17PM | 3 | 647 | 3 b/j out of g pod and 4 out of Hpod |
| 9/18/2009 | 6:21:50PM | 3 | 637 | 636 tcs b pod and locked them down. sc is code 4 |
| 9/18/2009 | 6:25:28PM | 3 | 637 | 636 tcs d pod. sc is code 4 |
| 9/18/2009 | 6:18:46PM | 3 | 647 | 636 tcsing  e g h pod |
| 9/18/2009 | 6:17:07PM | 3 | 642 | officer Revees from Washata co to pick up Timothy Doane |
| 9/18/2009 | 6:32:43PM | 3 | 642 | 631 s/c in rec code 4 |
| 9/18/2009 | 6:44:08PM | 3 | 637 | 636 tcs c pod. sc is code 4 |
| 9/18/2009 | 6:42:15PM | 3 | 642 | 631 s/c rec code 4 636 tcs f and rec |
| 9/18/2009 | 6:45:41PM | 3 | 642 | norman officer Harper leaving detention center |
| 9/18/2009 | 6:46:56PM | 3 | 642 | received bond forTamara Atkinson |
| 9/18/2009 | 7:19:45PM | 3 | 642 | Reeves with washata co picking up Timothy Duane leaving detention center |
| 9/18/2009 | 7:27:10PM | 3 | 642 | US Marshal Stevenson times 1 male |
| 9/18/2009 | 7:35:00PM | 3 | 642 | 631 s/c code 4 in rec |
| 9/18/2009 | 8:03:53PM | 3 | 642 | Bond for James Reinbold |
| 9/18/2009 | 8:19:01PM | 3 | 647 | nurse passed meds to  e g h pod |
| 9/18/2009 | 8:20:58PM | 3 | 642 | Marshal Stevenson leaving detention center |
| 9/18/2009 | 8:30:28PM | 3 | 637 | nurse passes meds to c pod |
| 9/18/2009 | 8:22:44PM | 3 | 642 | OHP officer Anderson times 1 male |
| 9/18/2009 | 8:45:05PM | 3 | 637 | nurse passes meds to a pod |
| 9/18/2009 | 8:30:44PM | 3 | 642 | norman officer Ware 1015 times 1 male |
| 9/18/2009 | 8:48:25PM | 3 | 637 | nurse passes meds to b pod |
| 9/18/2009 | 8:48:12PM | 3 | 642 | norman officer Ware leaving detention center |
| 9/18/2009 | 9:02:02PM | 3 | 642 | 631 s/c in rec code 4 |
| 9/18/2009 | 9:17:43PM | 3 | 637 | nurse passes meds to d pod |
| 9/18/2009 | 9:03:47PM | 3 | 642 | nurse passing meds in f rec |
| 9/18/2009 | 9:20:49PM | 3 | 642 | 623 walked out Atkinson Tamara |
| 9/18/2009 | 9:27:52PM | 3 | 642 | 630 walked out Julie Mclure |
| 9/18/2009 | 9:37:48PM | 3 | 642 | OHP officer Anderson leaving detention center |
| 9/18/2009 | 9:48:47PM | 3 | 642 | OHP Anderson times 1 male |
| 9/18/2009 | 10:02:47PM | 3 | 637 | 636 passes mail and locks down a pod. sc is code 4 |
| 9/18/2009 | 10:05:38PM | 3 | 637 | 636 passes mail and locks down b pod. sc is code 4 |
| 9/18/2009 | 10:14:21PM | 3 | 637 | 636 locks down and passes mail to c pod. sc is code 4 |
| 9/18/2009 | 10:02:53PM | 3 | 642 | 623 walked out James Reinbold |
| 9/18/2009 | 10:15:07PM | 3 | 637 | 636 secures d pod and passes mail. sc is code 4 |
| 9/18/2009 | 10:20:05PM | 3 | 647 | 636 passed mail to e g h pod |
| 9/18/2009 | 10:30:46PM | 3 | 637 | 623 1015 x 1 new res to b pod. 623 pulled jam out of door 207 |
| 9/18/2009 | 10:17:42PM | 3 | 642 | bond for Shawna Holman |
| 9/18/2009 | 11:07:26PM | 1 | 618 | Norman PD 10-97 Officer Hunt 10-15 one male |
| 9/18/2009 | 11:09:14PM | 1 | 639 | 639 campbell takes over n/c. 1 battery, 1 alarm, 1 radio, no pass down data. |
| 9/18/2009 | 11:10:06PM | 1 | 639 | thanks for the light bulb in the lamp. |
| 9/18/2009 | 10:57:29PM | 1 | 626 | 626 taking over S/C |
| 9/18/2009 | 11:11:53PM | 1 | 648 | Shift 1 starting count 228 |
| 9/18/2009 | 11:13:18PM | 1 | 618 | 618 in to relieve 642, all keys, 40 sharps, one timer, one lamp, one radio, and one battery with charger accounted for |
| 9/18/2009 | 11:21:03PM | 1 | 618 | Norman PD 10-97 Officer Madden 10-15 one male |
| 9/18/2009 | 11:21:39PM | 1 | 618 | 614 to place property in locker #223 |
| 9/18/2009 | 11:25:54PM | 1 | 618 | Norman PD Officer Hunt 10-98 |
| 9/18/2009 | 11:42:11PM | 1 | 618 | Norman PD 10-97 Officer Grippen alone |
| 9/18/2009 | 11:45:27PM | 1 | 618 | Norman PD Officer Grippen 10-98 |

| Date | | Shift | Deputy | Notes |
|---|---|---|---|---|
| 9/18/2009 | 11:55:18PM | 1 | 639 | 626 s/c a,b,c,d,e,g, and h-pod; code 4. collected mail also. |
| 9/19/2009 | 12:23:22AM | 1 | 618 | Norman PD Officer Madden 10-98 with one male |
| 9/19/2009 | 12:41:18AM | 1 | 618 | Norman PD 10-97 Officer Roberts 10-15 one male |
| 9/19/2009 | 12:39:00AM | 1 | 639 | 648 b/j danielle broudy a-204 and quron christian g-224. |
| 9/19/2009 | 12:42:01AM | 1 | 639 | 648 housed 2 females in a-pod cell #201. |
| 9/19/2009 | 12:45:21AM | 1 | 634 | to w/o Broudy, Danielle; Christian, Quron; and Wheeler, Jason |
| 9/19/2009 | 12:50:23AM | 1 | 618 | Norman PD 10-97 x 2, Officer Neal 10-15 one male, Officer Grippen 10-15 one male |
| 9/19/2009 | 12:54:22AM | 1 | 618 | Norman PD 10-97 Officer Madden returning with one male |
| 9/19/2009 | 1:00:43AM | 1 | 618 | Norman PD Officer Grippen 10-98 |
| 9/19/2009 | 12:56:02AM | 1 | 639 | 626 s/c a,b,c,d,e,g,and h-pods; code 4. |
| 9/19/2009 | 1:13:36AM | 1 | 618 | Norman PD Officer Roberts 10-98 with one male |
| 9/19/2009 | 1:18:32AM | 1 | 618 | s/c rec code 4, per 614 |
| 9/19/2009 | 1:19:31AM | 1 | 618 | Norman PD Officer Madden 10-98 |
| 9/19/2009 | 1:21:34AM | 1 | 639 | 648 housed 2 males in b-pod cell #205 and cell #306. |
| 9/19/2009 | 1:26:16AM | 1 | 618 | Norman PD 10-97 Officers Vincent and Strauss 10-15 one male |
| 9/19/2009 | 1:37:53AM | 1 | 618 | Norman PD Officer Neal 10-98 |
| 9/19/2009 | 1:40:34AM | 1 | 618 | s/c rec code 4, per 614 |
| 9/19/2009 | 1:45:50AM | 1 | 618 | Norman PD 10-97 Officer Roberts 10-15 one male returning |
| 9/19/2009 | 1:54:01AM | 1 | 618 | Norman PD Officers Vincent and Strauss 10-98 |
| 9/19/2009 | 1:55:31AM | 1 | 618 | Moore PD 10-97 Officer White 10-15 one female |
| 9/19/2009 | 2:08:02AM | 1 | 618 | 618 to receive bond from Connie Albritton for Holman, Shawna |
| 9/19/2009 | 2:13:40AM | 1 | 618 | 618 to receive bond from Big Brothers Bail Bonds for Steffey, Drew |
| 9/19/2009 | 2:14:55AM | 1 | 618 | CCSO 10-97 Deputy Bolling 10-15 two males |
| 9/19/2009 | 2:15:09AM | 1 | 618 | Moore PD Officer White 10-98 |
| 9/19/2009 | 2:15:19AM | 1 | 618 | OUPD 10-97 Officer Robinson 10-15 one male |
| 9/19/2009 | 2:17:25AM | 1 | 618 | Schulmeister, John Robson to be placed in restraint chair by 617 and 634 |
| 9/19/2009 | 2:00:52AM | 1 | 639 | 626 s.c a,b,c,d,e,g, and h-pods; code 4. |
| 9/19/2009 | 2:21:20AM | 1 | 639 | nurse shannon took kristina tate a-201 to medical. |
| 9/19/2009 | 2:31:17AM | 1 | 618 | OUPD Officer Robinson 10-98 |
| 9/19/2009 | 2:32:59AM | 1 | 618 | OUPD 10-97 Officer Kammerer 10-15 one male |
| 9/19/2009 | 2:40:11AM | 1 | 618 | OUPD 10-97 Officer Roddy 10-15 one female; Moore PD 10-97 Officer Leonard 10-15 one male |
| 9/19/2009 | 2:54:39AM | 1 | 618 | CCSO Deputy Bolling 10-98 |
| 9/19/2009 | 2:54:54AM | 1 | 639 | 639 housed 1 male in b-pod cell #314. |
| 9/19/2009 | 2:56:07AM | 1 | 639 | 648 housed 1 male in b-pod cell #307. |
| 9/19/2009 | 3:00:45AM | 1 | 618 | Moore PD Officer Leonard 10-98 |
| 9/19/2009 | 3:01:32AM | 1 | 618 | s/c receiving code 4, per 614 |
| 9/19/2009 | 2:59:33AM | 1 | 639 | 626 s/c a,b,c,d,e,g, and h-pods; code 4. |
| 9/19/2009 | 3:13:33AM | 1 | 618 | OUPD Officer Roddy 10-98 |
| 9/19/2009 | 3:12:24AM | 1 | 639 | 626 took 3 gloves from an inmate in g-pod cell # 227. strong order of coffee on them 1 white and 2 black. |
| 9/19/2009 | 3:16:03AM | 1 | 618 | OUPD Officer Kammerer 10-98 |
| 9/19/2009 | 3:20:44AM | 1 | 618 | s/c receiving code 4, per 614 |
| 9/19/2009 | 3:50:02AM | 1 | 618 | s/c receiving code 4, per 614 |
| 9/19/2009 | 3:57:10AM | 1 | 639 | 614 b/j shawna holman a-pod cell #203. |
| 9/19/2009 | 4:33:15AM | 1 | 618 | CCSO 10-97 Deputy Higdon 10-15 one female |
| 9/19/2009 | 4:35:44AM | 1 | 618 | 617 to w/o Holman, Shawna; and Drew, Steffey |
| 9/19/2009 | 4:48:40AM | 1 | 639 | nurse shannon took perez and herrrah from b-pod and wilson from c-pod to medical for fingersticks. |
| 9/19/2009 | 5:02:30AM | 1 | 618 | 617 to feed F Pod and Receiving |
| 9/19/2009 | 5:04:38AM | 1 | 618 | 618 to receive bond for Lucas, Angela from Big Brothers Bail Bonds |
| 9/19/2009 | 5:11:46AM | 1 | 618 | s/c receiving code 4, per 617 |
| 9/19/2009 | 5:12:23AM | 1 | 618 | 618 to receive bond from Connie Allbritton for Beeson, Jerod |
| 9/19/2009 | 4:49:41AM | 1 | 639 | 648 and trustee's feed d,c,b, and a-pods. |
| 9/19/2009 | 5:17:28AM | 1 | 618 | 611 to w/o Schulmeister, John |
| 9/19/2009 | 5:16:44AM | 1 | 626 | 617 feeding E pod |
| 9/19/2009 | 5:21:33AM | 1 | 626 | 617 feeding G pod |
| 9/19/2009 | 5:30:03AM | 1 | 626 | 617 feeding H pod |
| 9/19/2009 | 5:40:41AM | 1 | 626 | 617 TCS E Pod S/C code 4 |
| 9/19/2009 | 5:41:36AM | 1 | 626 | 617 TCS G Pod S/C code 4 |

| Date | | Shift | Deputy | Notes |
|------|------|-------|--------|-------|
| 9/19/2009 | 5:46:57AM | 1 | 639 | 611 took jan mc quire to rec;she'll return @ 09:00. |
| 9/19/2009 | 5:48:34AM | 1 | 626 | 617 TCS H Pod S/C code 4 |
| 9/19/2009 | 5:47:29AM | 1 | 639 | 648 and trustee's tcs a-pod. |
| 9/19/2009 | 5:57:24AM | 1 | 639 | nurse shannon in d-pod w/meds. |
| | | | | 648/trustee's tcs d-pod. |
| 9/19/2009 | 5:58:50AM | 1 | 618 | 634 to w/o McGuire, Jan for medical treatment |
| 9/19/2009 | 5:58:09AM | 1 | 639 | roger ramirez refused breakfast in c-pod. |
| 9/19/2009 | 6:01:38AM | 1 | 639 | nurse shannon w/meds @ door #dd for c-pod. |
| 9/19/2009 | 6:10:49AM | 1 | 639 | 648 and trustee's tcs b-pod. |
| 9/19/2009 | 6:17:06AM | 1 | 618 | CCSO Deputy Higdon 10-98 |
| 9/19/2009 | 6:11:14AM | 1 | 639 | nurse shannon @ door #51 for a-pod med pass. |
| 9/19/2009 | 6:17:23AM | 1 | 639 | nurse shannon @ door #51 w/meds for b-pod. |
| 9/19/2009 | 6:49:04AM | 2 | 629 | shift two starts w/ count clear at 234 |
| 9/19/2009 | 7:01:38AM | 2 | 622 | Assignments: Hullett- Sup/Rec, Thetford- S/C, Sims- M/C, Stevenson- Rov, Wheeler- Rov, Jackson- Rov, Esau- N/C. |
| 9/19/2009 | 7:03:26AM | 2 | 622 | Second shift beginning count clears at 234 inmates. With 1 to release, 3 to process, none to bookin |
| 9/19/2009 | 7:04:18AM | 2 | 627 | 627 takes over south control |
| 9/19/2009 | 7:10:34AM | 2 | 641 | Esau on duty. Inventory: Radio w/two batteries and charger,SCBA, Shield, TV and flashlight. |
| 9/19/2009 | 7:19:12AM | 2 | 635 | hullett places prop in lk 118 |
| 9/19/2009 | 7:22:10AM | 2 | 635 | Received 3 bonds for Katherine Mathews. Placed them in window and notified receiving. |
| 9/19/2009 | 7:22:44AM | 2 | 635 | bonds retrieved from window by Hullett. |
| 9/19/2009 | 7:30:56AM | 2 | 635 | Moore 10-97 |
| 9/19/2009 | 7:32:29AM | 2 | 635 | Moore 10-15 x 1 male |
| 9/19/2009 | 7:49:25AM | 2 | 635 | Moore 10-98 |
| 9/19/2009 | 7:50:02AM | 2 | 635 | s/c REC Code 4 per Jackson |
| 9/19/2009 | 7:59:55AM | 2 | 635 | s/c REC code 4 per Stevenson |
| 9/19/2009 | 8:11:39AM | 2 | 635 | Jackson and Stevenson released combative individual from chair and placed him in R101 |
| 9/19/2009 | 8:14:48AM | | | Nurse takes 211 Rice from C pod for medical treatment. |
| 9/19/2009 | 8:17:55AM | 2 | 635 | Municipal bond received for Olivia Abel. Placed in window. Signed by Olivia Abel, and returned to bondsman. |
| 9/19/2009 | 8:20:28AM | 2 | 635 | s/c rec code 4 per Stevenson |
| 9/19/2009 | 8:37:18AM | 2 | 635 | s/c REC COde 4 per Stevenson |
| 9/19/2009 | 8:51:59AM | 2 | 635 | s/c REC COde 4 per Jackson |
| 9/19/2009 | 8:53:11AM | | | Rice back to C pod from medical. |
| 9/19/2009 | 8:55:17AM | 2 | 635 | Wheeler w/o Katherine Mathews |
| 9/19/2009 | 8:59:52AM | 2 | 635 | jan mcguire arrives at front door. |
| 9/19/2009 | 8:53:49AM | | | D pod 314 Ramirez out to dayroom. |
| 9/19/2009 | 9:01:27AM | 2 | 635 | wheeler pulls prop from lk 118 |
| 9/19/2009 | 9:05:37AM | 2 | 635 | s/c REC Code 4 per Wheeler |
| 9/19/2009 | 9:07:06AM | 2 | 635 | Wheeler w/o Olivia Abel |
| 9/19/2009 | 9:21:16AM | 2 | 635 | s/c REC Code 4 per Stevenson |
| 9/19/2009 | 9:26:40AM | | | 633 bringing one back to A pod |
| 9/19/2009 | 9:35:20AM | 2 | 635 | s/c REC COde 4 per Jackson |
| 9/19/2009 | 9:49:00AM | 2 | 635 | S/c REC COde 4 per Stevenson. Bonner let off leg cuff to use restroom |
| 9/19/2009 | 10:13:39AM | 2 | 635 | Wheeler s/c REC COde 4 |
| 9/19/2009 | 10:25:07AM | | | Nurse passed meds in A pod |
| 9/19/2009 | 10:29:11AM | 2 | 635 | CCSO 10-97 |
| 9/19/2009 | 10:31:02AM | 2 | 635 | CCSO (Venable) 10-15 x 1 male |
| 9/19/2009 | 10:31:47AM | 2 | 635 | S/c REC Code 4 per stevenson |
| 9/19/2009 | 10:32:58AM | | | Nurse took one out of A pod for medical. |
| 9/19/2009 | 10:43:38AM | 2 | 635 | CCSO (Venable) 10-98 |
| 9/19/2009 | 10:50:17AM | 2 | 635 | Jackson w/o Gregory Fraijo |
| 9/19/2009 | 10:50:56AM | 2 | 635 | s/c REC Code 4 per Jackson |
| 9/19/2009 | 10:50:30AM | | | D pod 318 Campbell out to dayroom at 10:48 am |
| 9/19/2009 | 11:01:26AM | 2 | 635 | s/c REC Code 4 per Wheeler |
| 9/19/2009 | 11:10:03AM | 2 | 635 | CCSO 10-97 |

| Date | | Shift | Deputy | Notes |
|---|---|---|---|---|
| 9/19/2009 | 11:11:20AM | 2 | 635 | CCSO (Venable) 10-15 x 1 male |
| 9/19/2009 | 11:31:51AM | 2 | 635 | Bond received for Kyle Rust from Connie Albritton. placed in window. Notified REC. |
| 9/19/2009 | 11:32:56AM | 2 | 635 | Wheeler retrieves bond for Kyle Rust |
| 9/19/2009 | 11:34:51AM | | | 633 passing commisary to C pod |
| 9/19/2009 | 11:45:20AM | 2 | 635 | Wheelers retrieves workers from F |
| 9/19/2009 | 11:48:04AM | 2 | 635 | s/c REC Code 4 per Wheeler |
| 9/19/2009 | 11:40:52AM | | | 619 feeding N pods starting w/ A pod then B pod, C pod and D pod. |
| 9/19/2009 | 12:11:22PM | 2 | 635 | Norman 10-97 10-15 x 1 female |
| 9/19/2009 | 12:11:45PM | 2 | 635 | Stevenson w/o Johnny Arnold |
| 9/19/2009 | 12:16:20PM | 2 | 627 | 619 feeds in EGH |
| 9/19/2009 | 12:21:00PM | 2 | 635 | Norman 10-98 |
| 9/19/2009 | 12:31:20PM | 2 | 635 | Received 2 bonds for Joshua Hill from GL Peterson. Bonds placed in window and receiving notified. |
| 9/19/2009 | 12:32:21PM | 2 | 635 | Wheeler retrieves bonds for Joshua Hill |
| 9/19/2009 | 12:44:08PM | 2 | 635 | Stevenson w/o Kyle Rust |
| 9/19/2009 | 12:47:05PM | | | 619 into N pods picking up cups and trays starting w/A pod, then B pod, C pod and D pod. |
| 9/19/2009 | 1:02:09PM | 2 | 635 | Wheeler w/o Joshua Hill |
| 9/19/2009 | 1:17:19PM | 2 | 635 | CCSO 10-97 10-15 x1 male |
| 9/19/2009 | 1:25:36PM | | | 633 finished commisary in D pod. |
| 9/19/2009 | 1:26:46PM | | | D pod 316 Patterson and Walton out to Dayroom at 1:24 pm. |
| 9/19/2009 | 1:48:46PM | | | Nurse passing meds to C pod and 633 passing commisary to B pod. |
| 9/19/2009 | 1:49:25PM | | | Nurse now passing meds in D pod. |
| 9/19/2009 | 2:00:22PM | | | 633 now passing commisary to A pod. |
| 9/19/2009 | 2:15:23PM | 2 | 622 | Second shift head count clears at 231 inmates. |
| 9/19/2009 | 2:27:54PM | | | Nurse taking one from A pod to medical. |
| 9/19/2009 | 2:47:21PM | 2 | 622 | Second shift ending count clears at 229 inmates with 5 in and 10 out |
| 9/19/2009 | 3:07:40PM | 3 | 630 | Henry takes over mc. |
| 9/19/2009 | 3:00:24PM | 3 | 630 | Shift III begining count 229. |
| 9/19/2009 | 3:19:01PM | 3 | 630 | D/S Velarde s/c rec. code 4. |
| 9/19/2009 | 3:24:42PM | 3 | 630 | Jordanoff on dyrm takes shower. |
| 9/19/2009 | 3:33:07PM | 3 | 630 | D/S Velarde s/c rec. code 4. |
| 9/19/2009 | 3:25:13PM | 3 | 647 | wilson perez herrah finger stick with nurse |
| 9/19/2009 | 3:47:10PM | 3 | .630 | D/S Velarde s/c rec. code 4. |
| 9/19/2009 | 3:47:23PM | 3 | 630 | Norman Officer Monson 10-15 x1 male. |
| 9/19/2009 | 3:59:46PM | 3 | 630 | Norman leaves facility. |
| 9/19/2009 | 4:35:20PM | 3 | 630 | D/S Holmes feeds & s/c rec. code 4. |
| 9/19/2009 | 4:43:22PM | 3 | 623 | Inmates can not be finger printed or released because the live scan is locked on Specialist Wheelers log in. I have called him twice and left messages, and I also Called Specialist Hullett |
| 9/19/2009 | 4:48:18PM | 3 | 647 | 642 feeding A B C D pods |
| 9/19/2009 | 5:04:51PM | 3 | 630 | D/S Velarde s/c rec. code 4. |
| 9/19/2009 | 4:55:58PM | 3 | 623 | Specialist Wheeler called. Live is up and running |
| 9/19/2009 | 5:09:27PM | 3 | 630 | D/S Wilkerson walks Dunaway, Mark |
| 9/19/2009 | 5:19:02PM | 3 | 631 | 642 feeds E, G, and H pods |
| 9/19/2009 | 5:19:13PM | | | north control told nurse twice about 318 said he was having chest pain |
| 9/19/2009 | 5:20:09PM | 3 | 647 | 647 told nurse that 318 was having chest pain |
| 9/19/2009 | 5:46:03PM | 3 | 630 | D/S Holmes TCS & s/c rec & F. code 4 |
| 9/19/2009 | 5:41:15PM | 3 | 647 | 642 tcsing a b c d pod |
| 9/19/2009 | 6:09:43PM | 3 | 631 | 642 TCS E, G, and H pod |
| 9/19/2009 | 6:26:45PM | 3 | 630 | Jordanoff using restroom. Advised by 638 |
| 9/19/2009 | 6:31:51PM | 3 | 630 | 623 Walking out Shaun Wadlow. |
| 9/19/2009 | 6:44:22PM | 3 | 630 | State Affidavits read to Judge Walkley @ approx. 1800, Norman Municiple Affidavits read to Judge Poarch @ approx. 1816, Moore Municiple Affidavits read to Judge Virgin @ approx. 1827. |
| 9/19/2009 | 6:08:56PM | 3 | 630 | D/S Velarde s/c rec. code 4. |
| 9/19/2009 | 6:35:24PM | 3 | 630 | D/S Velarde s/c rec. code 4. |
| 9/19/2009 | 6:52:21PM | 3 | 630 | 103 on dyrm |
| 9/19/2009 | 6:56:48PM | 3 | 630 | D/S Velarde s/c rec. code 4. |
| 9/19/2009 | 7:01:34PM | 3 | 647 | 647 told nurse about the 318 said he was having chest pain |

| Date | | Shift | Deputy | Notes |
|------|--|-------|--------|-------|
| 9/19/2009 | 7:22:52PM | 3 | 630 | D/S Velarde s/c rec. code 4. |
| 9/19/2009 | 7:41:20PM | 3 | 630 | Norman 97. |
| 9/19/2009 | 7:42:58PM | 3 | 630 | Norman Officer Anderson arrives alone. |
| 9/19/2009 | 7:43:54PM | 3 | 630 | Norman leavse facility. |
| 9/19/2009 | 7:44:24PM | 3 | 630 | Norman Officer Anderson 10-15 x1 male. |
| 9/19/2009 | 7:51:30PM | 3 | 630 | D/S Velarde s/c rec. code 4. |
| 9/19/2009 | 8:19:55PM | 3 | 630 | D/S Velarde s/c rec. code 4. |
| 9/19/2009 | 8:41:44PM | 3 | 630 | Norman Officer Anderson leaves facility. |
| 9/19/2009 | 7:02:41PM | 3 | 647 | nurse passd meds to A B C D pod |
| 9/19/2009 | 9:51:45PM | 3 | 630 | Moore 97. |
| 9/19/2009 | 9:58:34PM | 3 | 630 | Moore Officer Troxell 10-15 x1 male. |
| 9/19/2009 | 10:20:42PM | 3 | 630 | Moore Officer Troxell leaves facility. |
| 9/19/2009 | 10:21:16PM | 3 | 630 | D/S Velarde s/c rec. code 4. |
| 9/19/2009 | 10:24:58PM | 3 | 630 | Nurse hands out medication into F and rec. |
| 9/19/2009 | 10:50:21PM | 3 | 630 | Norman 97. |
| 9/19/2009 | 10:53:58PM | 3 | 630 | Norman Officer Baker 10-15 x1 male. |
| 9/19/2009 | 10:59:53PM | 3 | 630 | Shift III ending count 230. 3 in 2 out. |
| 9/19/2009 | 11:02:12PM | 1 | 639 | 639 campbell takes over n/c. no pass down data. 1 radio, 1 alarm, 1 battery. |
| 9/19/2009 | 11:09:58PM | 1 | 648 | Norman PD Manson 10-97 10-15 x 1 male entering BA room |
| 9/19/2009 | 11:10:47PM | 1 | 648 | 614 s/c rec. code 4 |
| 9/19/2009 | 11:03:51PM | 1 | 639 | nurse tony giving meds to inmate hudson c-pod. |
| 9/19/2009 | 11:17:42PM | 1 | 648 | Norman PD Zoller 10-97 10-15 x 1 male |
| 9/19/2009 | 11:13:58PM | 1 | 639 | nurse tony in d-pod giving  inmate eckert meds. |
| 9/19/2009 | 11:30:25PM | 1 | 648 | 626 placing property in lk # 226 |
| 9/19/2009 | 11:30:49PM | 1 | 648 | Norman PD Zoller 10-98 |
| 9/19/2009 | 11:31:41PM | 1 | 648 | Moore PD Hill 10-97 10-15 x 1 male |
| 9/19/2009 | 11:42:51PM | 1 | 648 | Moore PD Leonard 10-97 10-15 x 1 male |
| 9/19/2009 | 11:51:20PM | 1 | 639 | 617 s/c h,g,e,d,c,b, and a-pods; code 4. |
| 9/19/2009 | 11:57:43PM | 1 | 648 | Norman PD Monson 10-98 |
| 9/20/2009 | 12:02:33AM | 1 | 648 | 616 placing property in lk # 205 |
| 9/20/2009 | 12:02:52AM | 1 | 648 | Moore Pd leonard 10-98 |
| 9/20/2009 | 12:04:06AM | 1 | 648 | 618 placing property in lk # 232 |
| 9/20/2009 | 12:10:25AM | 1 | 648 | 614 s/c rec. code 4 |
| 9/20/2009 | 12:25:00AM | 1 | 648 | CCSO Loomis 10-97 10-15 x 1 male |
| 9/20/2009 | 12:30:52AM | 1 | 648 | 614 s/c rec. code 4 |
| 9/20/2009 | 12:37:15AM | 1 | 648 | 614 s/c rec. code 4 |
| 9/20/2009 | 1:01:09AM | 1 | 617 | 618 10-15 x 1, g x 2 h |
| 9/20/2009 | 1:04:21AM | 1 | 648 | 614 s/c rec. code 4 |
| 9/20/2009 | 1:05:50AM | 1 | 648 | 626 placing property in lk # 108 |
| 9/20/2009 | 1:10:44AM | 1 | 648 | Moore Pd Leonard 10-97 10-15 x 1 female |
| 9/20/2009 | 1:14:34AM | 1 | 617 | 626 10-15 1 h |
| 9/20/2009 | 1:15:34AM | 1 | 648 | Norman PD Willer 10-97 10-15 x 1 male |
| 9/20/2009 | 1:38:54AM | 1 | 648 | Norman PD Willer 10-98 |
| 9/20/2009 | 1:59:07AM | 1 | 648 | Norman PD Oniel 10-97 10-15 x 1 female |
| 9/20/2009 | 2:04:13AM | 1 | 648 | 614 s/c rec. code 4 |
| 9/20/2009 | 2:10:27AM | 1 | 648 | m/c recieved a bond for Classen, Joshua |
| 9/20/2009 | 2:11:50AM | 1 | 639 | 617 s/c h,g,e,d,c,b,and a-pods; code 4. gave request of staff to inmate jones in h-#232. |
| 9/20/2009 | 2:15:40AM | 1 | 648 | OU PD Riley 10-97 10-15 x 2 male |
| 9/20/2009 | 2:20:06AM | 1 | 648 | CCSO Loomis 10-98 |
| 9/20/2009 | 2:20:39AM | 1 | 648 | 616 placing property in lk # 110 |
| 9/20/2009 | 2:25:53AM | 1 | 648 | 614 s/c rec. code 4 |
| 9/20/2009 | 2:31:59AM | 1 | 648 | Norman PD Brakhage 10-97 10-15 x 1 male |
| 9/20/2009 | 2:35:41AM | 1 | 648 | 626 placing property in lk # 112 |
| 9/20/2009 | 2:54:15AM | 1 | 648 | 626 placing property in lk # 136 |
| 9/20/2009 | 2:53:25AM | 1 | 648 | norman PD 10-97 10-15 x 2 male |
| 9/20/2009 | 2:56:22AM | 1 | 648 | Norman PD Zoller 10-97 10-15 x 1 male |
| 9/20/2009 | 3:10:55AM | 1 | 648 | Norman PD Zoller 10-98 |
| 9/20/2009 | 3:15:53AM | 1 | 648 | 614 s/c rec. code 4 |
| 9/20/2009 | 3:22:10AM | 1 | 648 | 614 s/c rec. code 4 |
| 9/20/2009 | 3:24:03AM | 1 | 648 | US Extradition Transport V. London 10-97 10-15 x 1 male |

Jail notes 9/17/2009 to 9/20/2009

| Date | | Shift | Deputy | Notes |
|---|---|---|---|---|
| 9/20/2009 | 3:29:55AM | 1 | 648 | 614 s/c rec. code 4 |
| 9/20/2009 | 3:31:01AM | 1 | 639 | correction @ 02:11 during s/c 617 informed inmate jones in h-232 to ask for a requst of staff on dayshift. |
| 9/20/2009 | 3:37:44AM | 1 | 648 | OU PD Robinson 10-97 10-15 x 1 male |
| 9/20/2009 | 3:38:02AM | 1 | 648 | m/c recieved a bond for Sizemore, Justin |
| 9/20/2009 | 3:46:31AM | 1 | 648 | 614 s/c rec. code 4 |
| 9/20/2009 | 4:01:27AM | 1 | 648 | 618 placing property in lk # 127 |
| 9/20/2009 | 4:06:27AM | 1 | 648 | Moore Pd Hill 10-97 10-15 x 1 male |
| 9/20/2009 | 4:07:13AM | 1 | 648 | US Extradition Transport V. London 10-98 |
| 9/20/2009 | 4:10:17AM | 1 | 648 | 626 s/c rec. code 4 |
| 9/20/2009 | 4:12:27AM | 1 | 648 | 626 placing property in lk# 123 and 141 |
| 9/20/2009 | 4:33:29AM | 1 | 648 | 614 walking out Copas, Joseph Miller, Donald |
| 9/20/2009 | 4:39:12AM | 1 | 639 | nurse tony took wilson from c-pod and perez and herrah from b-pod to medical for fingersticks. |
| 9/20/2009 | 4:49:13AM | 1 | 648 | CCSO Mason 10-97 10-15 x 1 female |
| 9/20/2009 | 4:54:34AM | 1 | 648 | 618 s/c rec. code 4 |
| 9/20/2009 | 5:05:57AM | 1 | 648 | m/c recieved a MNR bond for Raymond, Lasley |
| 9/20/2009 | 5:06:25AM | 1 | 648 | 618 s/c rec. code 4 |
| 9/20/2009 | 5:07:40AM | 1 | 648 | m/c recieved a Municipal bond for Gray, Jason |
| 9/20/2009 | 5:18:46AM | 1 | 648 | 614 s/c rec. code 4 |
| 9/20/2009 | 5:18:45AM | 1 | 617 | 618 begins feeding pods e-h |
| 9/20/2009 | 5:22:01AM | 1 | 648 | 616 walking out Classen, Joseph |
| 9/20/2009 | 5:18:06AM | 1 | 684 | 626 feeding F pod and rec. s/c code 4 |
| 9/20/2009 | 5:31:04AM | 1 | 639 | 626 and trustee's feed a,b,c,and d,pods. |
| 9/20/2009 | 5:34:57AM | 1 | 617 | 618 completes feeding of e-h begins tcs |
| 9/20/2009 | 5:43:29AM | 1 | 648 | m/c recieved a municipal bond for Wheeler, James |
| 9/20/2009 | 5:47:32AM | 1 | 639 | nurse tony in d-pod w/meds. |
| 9/20/2009 | 5:55:25AM | 1 | 648 | 616 removing property from lk# 232 |
| 9/20/2009 | 5:57:57AM | 1 | 639 | nurse tony in a-pod w/meds. |
| 9/20/2009 | 5:58:04AM | 1 | 617 | 618 completes tcs |
| 9/20/2009 | 6:03:59AM | 1 | 648 | 618 TCS F pod and rec. s/c code 4 |
| 9/20/2009 | 6:03:56AM | 1 | 648 | 614 walking out Barnett, Barry Lasley, Raymond Classen, Joshua and Mcguire, Jan |
| 9/20/2009 | 6:04:37AM | 1 | 639 | nurse tony in b-pod w/meds. |
| 9/20/2009 | 6:09:02AM | 1 | 639 | nurse tony @ door #55 w/meds for c-pod. |
| 9/20/2009 | 6:11:01AM | 1 | 639 | 626 and trustee's tcs a,b,c,and d-pods. s/c code 4. |
| 9/20/2009 | 6:15:11AM | 1 | 648 | 614 s/c rec. code 4 |
| 9/20/2009 | 6:13:57AM | 1 | 639 | a-pod jan mc quire cell #303 left @ 06:03; will return @ 09:00. |
| 9/20/2009 | 6:21:47AM | 1 | 617 | nurse passes meds in g |
| 9/20/2009 | 6:22:14AM | 1 | 617 | nurse passes meds in e |
| 9/20/2009 | 6:26:07AM | 1 | 617 | nurse passes meds in h |
| 9/20/2009 | 6:29:42AM | 1 | 648 | 614 walking out Lovitt, Joseph Wheeler, John |
| 9/20/2009 | 6:38:23AM | 1 | 648 | 626 s/c rec. code 4 |
| 9/20/2009 | 6:43:50AM | 1 | 648 | 616 walking out Hicks, Mindy |
| 9/20/2009 | 6:51:24AM | 2 | 629 | shift two starts w/ count clear at 244. |
| 9/20/2009 | 7:01:57AM | 2 | 641 | Esau on duty. Inventory: Radio w/two batteries and charger, flashlight,fan. |
| 9/20/2009 | 7:08:35AM | 2 | 633 | all keys an sharpes accounted for,1 radio and battery,1 flashlight,scba,tape change complete,no oc spray |
| 9/20/2009 | 7:11:07AM | 2 | 633 | 624 s/c rec c4 |
| 9/20/2009 | 7:18:14AM | 2 | 633 | 624 pulling property from lk 110 |
| 9/20/2009 | 7:20:17AM | 2 | 633 | 619 pulling property from lk 125 |
| 9/20/2009 | 7:29:09AM | 2 | 633 | 619 w/o autumn everett,jonathan long |
| 9/20/2009 | 7:30:31AM | 2 | 633 | 619 s/c rec c4 |
| 9/20/2009 | 7:46:45AM | 2 | 633 | 624 s/c rec c4 |
| 9/20/2009 | 7:53:03AM | | | 619 bringing two new residents to G pod. |
| 9/20/2009 | 7:52:35AM | 2 | 633 | elevator #2 ots |
| 9/20/2009 | 8:02:29AM | 2 | 633 | recieved 2 municipal bonds |
| 9/20/2009 | 8:14:49AM | | | 619 brings one new resident into H pod |
| 9/20/2009 | 8:15:01AM | 2 | 633 | 635 pulling property from lk 121 |
| 9/20/2009 | 8:24:18AM | 2 | 629 | 635 b/j robert patterson from (D) |
| 9/20/2009 | 8:30:30AM | 2 | 633 | 624 s/c rec c4 |

Page: 14

| Date | | Shift | Deputy | Notes |
|------|---|-------|--------|-------|
| 9/20/2009 | 8:32:12AM | | | One out of H pod B&J |
| 9/20/2009 | 8:38:49AM | 2 | 633 | 635 w/o paul sampson,robert patterson |
| 9/20/2009 | 8:46:42AM | 2 | 633 | 635 s/c rec c4 |
| 9/20/2009 | 8:55:27AM | 2 | 633 | recieved bond for jerry baldogo |
| 9/20/2009 | 8:59:58AM | 2 | 633 | jan mcguire is here |
| 9/20/2009 | 9:04:43AM | 2 | 633 | 619 s/c rec c4 |
| 9/20/2009 | 9:14:11AM | 2 | 633 | ccos 10-15 x1 female |
| 9/20/2009 | 9:15:10AM | 2 | 633 | 624 w/o marlon cook,cody johnson |
| 9/20/2009 | 9:21:54AM | 2 | 633 | 619 s/c rec c4 |
| 9/20/2009 | 9:22:04AM | | | At approximately 9:13 I observed The newest resident to H pod talking to Inmate Ricardo Florez in front of 235 when suddenly Florez threw something or struck the new guy with something. They immediately srperated and I notified receiving. Four staff responded and spoke to the two. |
| 9/20/2009 | 9:43:03AM | 2 | 633 | 619 s/c rec c4 |
| 9/20/2009 | 9:48:13AM | 2 | 633 | recieved bond for robert osburn |
| 9/20/2009 | 9:52:43AM | | | 624 bringing one new res, to G pod. |
| 9/20/2009 | 10:01:53AM | 2 | 633 | 635 putting property in lk 109,117 |
| 9/20/2009 | 10:05:35AM | 2 | 633 | 624 s/c rec c4 |
| 9/20/2009 | 10:05:43AM | 2 | 629 | 635 10-15 x3 females to (A) |
| 9/20/2009 | 10:11:23AM | 2 | 629 | notified nurse that shawn rice was showered and ready for new bandage per nurse's instructions. |
| 9/20/2009 | 10:20:56AM | 2 | 633 | 635 s/c rec c4 |
| 9/20/2009 | 10:23:45AM | 2 | 629 | 624 10-15 x1 to (C) |
| 9/20/2009 | 10:27:13AM | | | 635 brings one new res. to G pod. |
| 9/20/2009 | 10:32:26AM | 2 | 629 | 635 brings pads to (A). Get's a list of needed items from (A). |
| 9/20/2009 | 10:34:22AM | 2 | 629 | 635 b/j elmhorst, kira-lei from (A). |
| 9/20/2009 | 10:37:20AM | 2 | 633 | 635 s/c rec c4 |
| 9/20/2009 | 10:46:52AM | 2 | 629 | nurse takes rice, shawn from (C) to medical. |
| 9/20/2009 | 10:52:22AM | 2 | 633 | ccos 10-15 x1 female |
| 9/20/2009 | 10:53:03AM | 2 | 633 | 619 pulling property from lk 109 |
| 9/20/2009 | 10:53:43AM | 2 | 633 | 619 s/c rec c4 |
| 9/20/2009 | 10:57:29AM | 2 | 629 | nurse returns rice, shawn from medical to (C). |
| 9/20/2009 | 11:06:56AM | 2 | 629 | 619 b/j boleman, katie from (A). |
| 9/20/2009 | 11:08:38AM | 2 | 633 | recieved bond for mike robbins |
| 9/20/2009 | 11:09:19AM | 2 | 633 | 619 s/c rec c4 |
| 9/20/2009 | 11:17:01AM | 2 | 633 | 624 w/o katie boleman |
| 9/20/2009 | 11:25:04AM | 2 | 633 | 635 s/c rec c4 |
| 9/20/2009 | 11:28:58AM | 2 | 629 | nurse takes perez, gabriel from (B) to medical. |
| 9/20/2009 | 11:31:36AM | 2 | 633 | 624 w/o kira elmhorst |
| 9/20/2009 | 11:32:43AM | 2 | 633 | recieved bond for vincent sorano |
| 9/20/2009 | 11:37:21AM | 2 | 629 | nurse returns perez, gabriel to (B) from medical. |
| 9/20/2009 | 11:38:39AM | 2 | 633 | 635 pulling property from lk 130,223,40,71 |
| 9/20/2009 | 11:41:05AM | 2 | 633 | norman pd 10-15 x1 male |
| 9/20/2009 | 11:42:34AM | 2 | 633 | 619 feeding rec/f |
| 9/20/2009 | 11:43:04AM | 2 | 633 | 635 s/c rec c4 |
| 9/20/2009 | 11:55:14AM | 2 | 621 | recieved phone call from Julian, Amanda stating that Welchel, Roy's (H330)grandmother was in the hospital (Norman Regional). This was verifried by 621 w/ NRH Operator. Welchel will be brought down in order to use the phone to call his family. |
| 9/20/2009 | 12:04:24PM | 2 | 633 | 635 s/c rec c4 |
| 9/20/2009 | 12:05:34PM | 2 | 629 | 619 feeds (D) |
| 9/20/2009 | 12:13:16PM | 2 | 633 | 635 w/o tony turner,robert osburn,derek moss,jerry baldogo |
| 9/20/2009 | 12:12:15PM | 2 | 629 | 619 feeds (C) |
| 9/20/2009 | 12:18:30PM | 2 | 629 | 619 feeds (A) |
| 9/20/2009 | 12:20:32PM | 2 | 633 | 635 pulling property from lk 141,146 |
| 9/20/2009 | 12:21:43PM | 2 | 633 | ccos 10-15 x1 female |
| 9/20/2009 | 12:22:50PM | 2 | 629 | 619 feeds (B) |
| 9/20/2009 | 12:33:43PM | | | One out of G pod B&J |
| 9/20/2009 | 12:32:51PM | 2 | 629 | 624 b/j sisney, brock from (C). |
| 9/20/2009 | 12:30:16PM | 2 | 629 | D215 on dayroom. |

| Date | | Shift | Deputy | Notes |
|---|---|---|---|---|
| 9/20/2009 | 12:37:51PM | 2 | 633 | recieved bond for snead wilson and bryan yates |
| 9/20/2009 | 12:40:17PM | | | 619 into S pods to feed starting w/ E pod, then G pod, and H pod. One out of G pod and one out of H pod B&J |
| 9/20/2009 | 12:58:11PM | 2 | 633 | 624 w/o micheal robbins,sisney brock |
| 9/20/2009 | 12:59:18PM | 2 | 633 | 624 s/c rec c4 |
| 9/20/2009 | 1:01:23PM | 2 | 633 | 619 tcsing rec/f |
| 9/20/2009 | 1:07:48PM | 2 | 633 | 621 w/o vincent sorano,jason gray |
| 9/20/2009 | 1:08:39PM | 2 | 633 | 635 s/c rec c4 |
| 9/20/2009 | 1:17:00PM | 2 | 629 | 619 tcs (A)(B)(C)(D) |
| 9/20/2009 | 1:25:04PM | | | 619 back to S pods recovering cups and trays.E, G, H. |
| 9/20/2009 | 1:32:29PM | 2 | 629 | D215 off dayroom. D317 on dayroom. |
| 9/20/2009 | 1:32:48PM | 2 | 633 | 624 w/o snead wilson |
| 9/20/2009 | 1:35:53PM | 2 | 629 | notified nurse of kristina tate's request for medical. i/m tate would not disclose reason. |
| 9/20/2009 | 1:38:39PM | | | Nursing meds to G pod. |
| 9/20/2009 | 1:41:59PM | | | Nurse now passing meds to E pod. |
| 9/20/2009 | 1:44:57PM | 2 | 629 | nurse meds (C) |
| 9/20/2009 | 1:48:58PM | 2 | 629 | nurse meds (D) |
| 9/20/2009 | 1:49:45PM | 2 | 633 | 624 s/c rec c4 |
| 9/20/2009 | 1:55:17PM | 2 | 633 | 621 escort church ministry upstairs |
| 9/20/2009 | 1:54:43PM | | | Nurse now passing meds to H pod |
| 9/20/2009 | 2:01:12PM | 2 | 633 | 635 s/c rec c4 |
| 9/20/2009 | 2:01:33PM | | | Christian Volunteers now in G and H pods. (Two ea.) |
| 9/20/2009 | 2:01:51PM | 2 | 621 | Welchel, Roy placed on phone call to Julian, Amanda in referance to his grandmother being in the hospital |
| 9/20/2009 | 2:02:59PM | 2 | 633 | ccos 10-15 x1 male |
| 9/20/2009 | 2:00:37PM | 2 | 629 | church begins in (A)(B)(C)(D) |
| 9/20/2009 | 2:04:59PM | 2 | 629 | nurse meds (A) |
| 9/20/2009 | 2:06:14PM | 2 | 633 | recieved bond for michelle young |
| 9/20/2009 | 2:09:36PM | 2 | 633 | 619 s/c rec c4 |
| 9/20/2009 | 2:18:22PM | 2 | 633 | 635 putting property in lk 146 |
| 9/20/2009 | 2:35:22PM | 2 | 629 | notified by (A) that lacey marez was not breathing. notified nurse. 619/621/624/635 respond w/ nurse duane. 621 notified master to call ems. |
| 9/20/2009 | 2:33:46PM | 2 | 633 | m/c notified dispatch to contact ems for female inmate not breathing |
| 9/20/2009 | 2:40:01PM | 2 | 633 | first responders/ems arrived and was escorted by 619 upstairs |
| 9/20/2009 | 2:55:03PM | 2 | 633 | moore pd 10-15 x2 males |
| 9/20/2009 | 3:01:24PM | 2 | 633 | ems left compound with female inmate |
| 9/20/2009 | 3:07:54PM | 2 | 633 | recieved bond for jeremy ramirez |
| 9/20/2009 | 3:18:28PM | | 613 | Ellis takes over Master with NO OC spray, and 1 female out to Hospital and 647 WO YOung Michelle |
| 9/20/2009 | 3:20:14PM | | 613 | 638 SC Rec is code 4 |
| 9/20/2009 | 3:39:47PM | | 613 | Moore is 10-98 |
| 9/20/2009 | 3:42:13PM | | 613 | 638 SC rec is code 4 |
| 9/20/2009 | 3:43:41PM | 3 | 647 | field deputy got statements out of A pod |
| 9/20/2009 | 3:44:56PM | | 613 | 623 puts prop in 223 and Sc rec is code 4 |
| 9/20/2009 | 4:04:14PM | | 613 | 638 SC Rec is code 4 |
| 9/20/2009 | 4:10:29PM | | 613 | 638 SC Rec is code 4 |
| 9/20/2009 | 4:18:16PM | | 613 | 629 places property in 223 |
| 9/20/2009 | 4:24:25PM | | 613 | John Eckles with Sooner Medical Care 10-97 to speak with nurses |
| 9/20/2009 | 4:26:23PM | | 613 | 638 SC Rec is code 4 |
| 9/20/2009 | 4:37:43PM | | 613 | 638 SC Rec is code 4 |
| 9/20/2009 | 4:43:17PM | | 613 | recieved bond from Richard Divelbiss on a Lowe Ashley and 642 feeds F and Rec |
| 9/20/2009 | 3:44:38PM | 3 | 647 | Holmes feed A B C D pod |
| 9/20/2009 | 5:11:09PM | | 613 | 629 puts property in 146 |
| 9/20/2009 | 5:15:12PM | | 613 | 623 WO Yates Brian and 638 SC Rec is code 4 |
| 9/20/2009 | 5:22:05PM | | 613 | CCSO(McSwane) is 10-97 and alone |
| 9/20/2009 | 5:25:33PM | | 613 | 638 SC Rec is code 4 |
| 9/20/2009 | 5:31:05PM | | 613 | 638 SC Rec is code 4 |
| 9/20/2009 | 5:34:00PM | | 613 | CCSO(McSwane) 10-98 |
| 9/20/2009 | 5:08:39PM | 3 | 647 | 315 dayroom |
| 9/20/2009 | 5:38:33PM | | 613 | Nurse Toney does FS for Defreeze in F pod |

| Date | | Shift | Deputy | Notes |
|---|---|---|---|---|
| 9/20/2009 | 5:52:47PM | 2 | 635 | McDonald, Quincy b/j (G) |
| 9/20/2009 | 5:58:09PM | | 613 | 638 SC Rec is code 4 and Jordanoff takes shower |
| 9/20/2009 | 6:13:23PM | | 613 | 638 SC Rec is code 4 and 623 WO McDondald Quency |
| 9/20/2009 | 5:38:45PM | 3 | 647 | 642 tcsing A B C D pod |
| 9/20/2009 | 6:23:42PM | 3 | 623 | 623 looked through the state affidavits and there were none to read to Judge Walkley |
| 9/20/2009 | 6:32:23PM | | 613 | 629 pulls property out of 223 |
| 9/20/2009 | 6:35:29PM | | 613 | 638 SC Rec is code 4 |
| 9/20/2009 | 6:36:04PM | 3 | 623 | 623 called Judge Virgin to read affidavits. I left a message for him to call me |
| 9/20/2009 | 6:36:53PM | | 613 | Moore(Melton) is 10-97/15 x 1 male |
| 9/20/2009 | 6:38:36PM | 3 | 623 | 623 read affidavits to judge Poarch |
| 9/20/2009 | 6:45:29PM | 3 | 623 | 623 called judge Virgin and read affidavits |
| 9/20/2009 | 6:48:57PM | | 613 | 638 SC Rec is code 4 and 647 TCS F and Rec |
| 9/20/2009 | 6:50:21PM | | 613 | Moore(Melotn) 10-98 |
| 9/20/2009 | 6:21:08PM | 3 | 626 | 626 taking over S/C |
| 9/20/2009 | 6:58:31PM | | 613 | 638 SC Rec is code 4 |
| 9/20/2009 | 7:06:53PM | | 613 | 103 out for Dyrm and showers, and 638 SC Rec is code 4 |
| 9/20/2009 | 7:39:49PM | 3 | 642 | 638 s/c code 4 in rec |
| 9/20/2009 | 7:40:37PM | 3 | 642 | 618 removed property out of locker 123 |
| 9/20/2009 | 8:01:52PM | 3 | 642 | 638 s/c code 4 in rec |
| 9/20/2009 | 8:18:07PM | | 613 | 648 WO Lovett, Jeremy |
| 9/20/2009 | 8:21:47PM | 3 | 647 | Nurse pass meds to  A B C D pod |
| 9/20/2009 | 8:28:45PM | | 613 | 638 SC Rec is code 4 |
| 9/20/2009 | 8:41:30PM | | 613 | 623 SC Rec is code 4 |
| 9/20/2009 | 8:51:24PM | | 613 | 648 puts property in 152 |
| 9/20/2009 | 9:04:21PM | 3 | 626 | Nurse passing meds in G pod |
| 9/20/2009 | 9:07:30PM | 3 | 626 | Nurse passing meds in H pod |
| 9/20/2009 | 9:37:20PM | 1 | 648 | 638 s/c rec. code 4 |
| 9/20/2009 | 9:49:06PM | 1 | 648 | 638 s/c rec. code 4 |
| 9/20/2009 | 10:07:43PM | | 613 | 638 SC Rec is code 4 |
| 9/20/2009 | 10:07:43PM | | 613 | 638 SC Rec is code 4 |
| 9/20/2009 | 10:32:56PM | | 613 | 638 SC Rec is code 4 |
| 9/20/2009 | 10:32:56PM | | 613 | 638 SC Rec is code 4 |
| 9/20/2009 | 10:53:38PM | | 613 | 638 SC Rec is code 4 |
| 9/20/2009 | 11:00:16PM | 1 | 616 | 616 took over master control. all itens are here and accounted for. 625 s/c rec code 4 |
| 9/20/2009 | 11:28:45PM | 1 | 616 | 648 s/c rec code 4 |
| 9/20/2009 | 11:35:50PM | 1 | 616 | 625 s/c rec code 4 |
| 9/20/2009 | 11:43:19PM | 1 | 639 | 639 campbell takes over n/c @ 23:00. no report data given. computer is just now operating properly. 1 radio, 1 battery, 1 alarm. |
| 9/20/2009 | 11:44:53PM | 1 | 639 | nurse tony took angel sherell, kristina tate, and kristen hoffman to medical. |
| 9/20/2009 | 11:45:41PM | 1 | 639 | nurse tony took inamte rice ti medical to clean his wound. |
| 9/20/2009 | 11:56:38PM | 1 | 616 | 625 s/c rec code 4 |