Dalana Parks
10/8/2013

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

JASON WADDELL, as Guardian Ad )
Litem of Lacee Danielle Marez,)
an incapacitated person,      )
                              )
     Plaintiff,               )
                              )
-vs-                          )      No. CIV-11-1037-D
                              )
) BOARD OF COUNTY             )
COMMISSIONERS OF CLEVELAND    )
COUNTY, 2) JOSEPH LESTER, in  )
his official capacity, 3)     )
CALISTA HULLETT f/k/a CALISTA )
HARLOW, individually and in   )
her official capacity, 4)     )
JOHNATHAN JACKSON,            )
individually and in his       )
official capacity, 5) ESW     )
CORRECTIONAL HEALTHCARE, LLC, )
an Oklahoma limited liability )
company, 6) SOONER MEDICAL    )
STAFFING, LLC, an Oklahoma    )
limited liability company,    )
                              )
     Defendants.              )

* * * * *

DEPOSITION OF DALANA PARKS

TAKEN ON BEHALF OF THE DEFENDANTS

IN OKLAHOMA CITY, OKLAHOMA

ON OCTOBER 8, 2013

COMMENCING AT 10:14 A.M.

* * * * *

CD/DVD
ENCLOSED

REPORTED BY:  BETH A. McGINLEY, CSR, RPR-CP

ATTACH. 4

Dalana Parks
10/8/2013

1                    S T I P U L A T I O N S

2              It is hereby stipulated and agreed by and

3     between the parties hereto, through their respective

4     attorneys, that the deposition of DALANA PARKS may be

5     taken on behalf of the DEFENDANTS on OCTOBER 8, 2013, in

6     OKLAHOMA CITY, OKLAHOMA, by Beth A. McGinley, a Certified

7     Shorthand Reporter, pursuant to agreement and in

8     accordance with the Federal Rules of Civil Procedure.

9                    *   *   *   *   *   *

10                      DALANA PARKS,

11    having been duly sworn,  testified as follows:

12                   *   *   *   *   *   *

13                      EXAMINATION

14    BY MS. FAGAN:

15       Q    Could you please state your full name for the

16    record?

17       A    Dalana LeeAnn Parks.

18       Q    And you previously appeared at this office for

19    your deposition on September 23rd, 2010; is that correct?

20       A    Yes.

21       Q    And we were unable to complete that deposition,

22    correct?

23       A    Yes.

24       Q    Can you tell us why?

25       A    Because I was not emotionally prepared for the

Dalana Parks
10/8/2013

1   questions about my past.  I just felt -- I don't know,

2   kind of felt attacked at that time.

3        Q    Are you prepared to give --

4        A    I am.

5        Q    -- your deposition today?

6        A    I am.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Dalana Parks
10/8/2013

```
 1

 2      Q      Okay.   Have you gone by any other --

 3      A      Reeves is my maiden name, and I was married and

 4   my last name was Windsor.

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Dalana Parks
10/8/2013

Page 45

15      Q      And do you recall the circumstances of your

16   arrest on September 17th of 2009 by a Cleveland County

17   sheriff's deputy?

18      A      Uh-huh.

19      Q      Could you tell me about that?

20      A      I got pulled over for not using my blinker and I

21   had warrants.

22      Q      Was anyone in the car with you?

23      A      No.

24      Q      And do you know what your warrants were for?

25      A      It was for the open container in Cleveland

Dalana Parks
10/8/2013

Page 46

1   County and for the assault -- aggra- -- aggravated

2   assault.   Uh-huh.

3       Q     So at least one warrant out of Cleveland County

4   and the --

5       A     Uh-huh.

6       Q     -- warrant from a separate county?

7       A     Yeah, and -- well, actually, I had three.  I had

8   one out of Pottawatomie County for unpaid fines.

9       Q     Okay.

10      A     Yeah.

11      Q     So --

12      A     I had three warrants.

13      Q     Cleveland County, Pottawatomie County --

14      A     And McClain.

15      Q     -- and McClain?

16      A     Yeah.

17      Q     Were you aware that you had those warrants?

18      A     I knew that I had the open container warrant.

19

20

21

22

23

24

25

Dalana Parks
10/8/2013

Page 57

8    **Q**    Okay.  And I'm going to hand you what I'm going

9  to go ahead and mark as Defendant's Exhibit No. 2.  Have

10  you ever seen that document before today?

11    **A**    Not that I know of.

12    **Q**    Okay.  Does it appear to be an event report from

13  the Cleveland County Sheriff's Office?

14    **A**    Does it appear to be what?

15    **Q**    An event report.

16    **A**    Oh, yes.

17    **Q**    Okay.  And it shows your arrest date of

18  September 17th, 2009?

19    **A**    Yeah.  Yes.

20    **Q**    And it shows -- right next to that, it just has

21  a time of 11:48.  Do you think that's --

22    **A**    That probably is accurate --

23    **Q**    Okay.

24    **A**    -- if that's what it says.

25    **Q**    And it shows your arrest location is 12th and

Dalana Parks
10/8/2013

Page 58

1   Lindsey, like you'd said?

2        **A**    Yes.  Sorry.

3             MR. ERDOES:  You --

4             MS. FAGAN:  Go ahead.

5             MR. ERDOES:  Just for the record --

6             MS. FAGAN:  Uh-huh.

7             MR. ERDOES:  -- I mean, object to your one

8   question about -- you said 11:48 a.m. for the book-in

9   date?

10            MS. FAGAN:  Arrest date.

11            MR. ERDOES:  Arrest date.  Okay.

12            MS. FAGAN:  At the very top.

13            MR. ERDOES:  All right.

14            MS. FAGAN:  Yeah.

15       **Q**    (By Ms. Fagan) And I think that's where Peter is

16  looking at, where it says "book date"?

17            MR. ERDOES:  Yeah, I see that.

18       **Q**    (By Ms. Fagan) It shows about 12:30:49.  Do you

19  think -- that's about accurate?

20       **A**    I -- I don't know.  It wasn't morning-morning.

21       **Q**    Yeah.

22       **A**    I mean...

23       **Q**    I think, earlier, you said it --

24       **A**    I don't know.  I mean, I would say 1:00 is what

25  it --

Dalana Parks
10/8/2013

1    Q    Yeah.

2    A    -- seemed like then.

3    Q    Okay.

4    A    I mean, I don't -- I don't remember.

5    Q    Somewhere in that time period, early afternoon?

6    A    Apparently.

7    Q    It shows you were eventually placed in Cellblock

8    A -- A-pod, 301?

9    A    Yes.

10   Q    Who assigned you that cell?

11   A    I don't know.

12   Q    Okay.  Do you recall being assigned to that

13   cell?

14   A    If that was what the cell number was.  I mean, I

15   know where it was -- it was up top.

16   Q    Okay.  You don't remember the actual number?

17   A    I don't remember the number, no.

18   Q    Okay.  Were you able to pick your own cell or

19   were you assigned a cell?

20   A    I'm sure they did not let me pick my own cell.

21   Q    Okay.  And the charges show exactly what you'd

22   said, the transporting the open container and the two

23   warrants and it looks like you were there, being held for

24   those warrants, correct?

25   A    Yes.

Dalana Parks
10/8/2013

Page 60

1    **Q**    Do you know any of the other individuals who
2  were in the booking area with you on September 17th, 2009?
3    **A**    No.

17          Do you know how long you remained in the booking
18  area from the time you were brought to the Cleveland
19  County Detention Center to the time you were actually
20  placed in A-pod?
21    **A**    A couple hours.

Dalana Parks
10/8/2013

Page 62

1

2

3

4

5

6

7

8

9

10

11

12     **Q**     So there were five total in your --

13     **A**     (Nodded in the affirmative).  Cell.

14     **Q**     -- cell?

15            Okay.  And did you have a pad that you were

16     provided --

17     **A**     Uh-huh.

18     **Q**     -- to sleep on?

19     **A**     Yes.  Yes.

20

21

22

23

24

25

Dalana Parks
10/8/2013

Page 63

17 **Q** And when you were in the booking area, was Lacee

18 Marez and Shaun Wadlow in the booking area before you

19 arrived to the detention center or after?

20 **A** After.

Dalana Parks
10/8/2013

Page 65

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15     **Q**     And tell me what you remember about Lacee and

16   Shaun being brought in.

17     **A**     I just remember -- the first thing I remember is

18   that she was very pretty, very pretty young lady, and she

19   was dressed really nice, had high heels on and looked

20   really cute.   And I think that they had came -- something

21   and -- maybe -- she had her dog locked in her vehicle or

22   something and they had -- and -- resulted them in jail.   I

23   don't know if that was the charges or what.   And I just --

24   I just remember them two trying, you know, to converse and

25   just making small talk.

Dalana Parks
10/8/2013

Page 66

1    Q    Okay.  Lacee and Shaun were trying to talk?

2    A    Yeah.

3    Q    Okay.  Were they separated --

4    A    Oh, yes.

5    Q    -- in the receiving --

6    A    You can't -- they can't set female and male next

7    to each other.  They at least try to set you across or...

8    Q    So the females were on one of the benches --

9    A    Yes.

10    Q    -- and males were on the other bench?

11    A    Yes, yes.

12    Q    Okay.  So they were just talking across the

13    room?

14    A    Yeah.

15    Q    Gotcha.  Do you recall what they were talking

16    about?

17    A    No.  "I love you."  They -- I mean, you know,

18    just --

19    Q    Uh-huh.

20    A    -- "We're going to jail" things, yeah.

21    Q    And what was Lacee's demeanor when she was

22    brought into the jail?

23    A    She was pissed, obviously, she was going to

24    jail, but, you know, it was what it was and...

25

Dalana Parks
10/8/2013

Page 67

Q    Do you recall what you and Lacee spoke about?

A    We just talked about where we were from and who we were and our lives and basi- -- you know, what we had going on in life and addiction and boyfriends and kids and things like that.

Q    Do you recall the specifics of what Lacee told you about what was going on with her and her kids --

A    Ye- --

Q    -- and that type of thing?

A    I do.  That she had been addicted to meth and she had gotten off of it and now -- and that she was currently addicted to opiates and had a very, very high

Dalana Parks
10/8/2013

Page 68

1    addiction -- I mean, would take a lot of pills, and that

2    they lived together.  And a past job -- she was telling me

3    about a job that she had that -- I think it was at a --

4    maybe a gun place or something, and she worked as a

5    secretary there, or they sold four-wheelers, something to

6    that.  And she lived in south Oklahoma City and that her

7    mom was from Tecumseh, Shawnee area, which is where I'm

8    from, so talked about that.

9        Q    Is there anything else you recall about your --

10   yours and hers (sic) discussion in that book-in area?

11       A    At -- well, that -- she told me she was going to

12   withdraw, I mean, from her opiate addiction, and I, you

13   know, was speaking to her about that and -- that's

14   about -- basically, about all we talked about.  Drugs.

15       Q    Okay.  And you said she said she was going

16   through withdrawal?

17       A    She would.  That she was going to go to jail,

18   and opiate addict -- they have withdrawals from opiates

19   and it causes severe stomach cramping and nausea and,

20   like, flu-like symptoms.  And I knew that.  I mean, I knew

21   all the symptoms of somebody on opiates because I had been

22   around people withdrawing before --

23       Q    Okay.

24       A    -- so...

25       Q    And did she share what type of opiate?

Dalana Parks
10/8/2013

Page 69

1      A      I believe Lortabs is what she told me that she
2  took.

3      Q      Okay.

4      A      But she took, like, seven, eight at a time,
5  which is a lot.

6      Q      And do you know if she -- I -- I guess -- if she
7  said she's going through -- or --

8      A      No, it was --

9      Q      -- going to be withdrawing --

10      A      She would withdraw.  She -- yeah.

11      Q      So she had taken some earlier that day?

12      A      She knew that she -- well, I'm -- I'm assuming
13  she did.  You know, she was an addict.  I'm...

14

15

16

17

18

19      Q      (By Ms. Fagan) When we took a break, we were
20  talking about your conversation with Lacee Marez there in
21  the booking area on September 17th, 2009.  And she had
22  told you that she would be going through withdrawal since
23  she was arrested and was obviously being booked into the
24  jail; is that correct?

25      A      Yes.

Dalana Parks
10/8/2013

1    Q    Okay.  And you said she had told you she was an

2   opiate abuser or addict?

3    A    Uh-huh, yes.

4    Q    Did she tell you about any other drugs that she

5   may have been --

6    A    She had been --

7    Q    -- using?

8    A    No, not that she had been using, but she, in the

9   past, had been addicted to methamphetamines and got off of

10  them with the help of opiates and, now, was a full-blown

11  opiate addict, yes.

12       Traded one addiction for the -- another,

13  basically.

14   Q    Did she ever tell you about using ice?

15   A    That's methamphetamines.

16

17

18

19

20

21

22

23

24

25

Dalana Parks
10/8/2013

Page 73

1

2

3

4

5

6

7

8

9

10

11

12

13

14      Q      Did you see Lacee Marez filling out her medical

15  questionnaire?

16      A      Yes.

17      Q      Okay.  Did you help her fill that out at all?

18      A      Well, I told her that she needed to let them

19  know that she was going to be withdrawing from opiates.    I

20  mean, she's going to need medical care.

21

22

23

24

25

Dalana Parks
10/8/2013

Page 74

1

2

3

4

5

6

7

8

9

10     **Q**     And you had mentioned a couple times that

11   something happened in the booking area, correct?

12     **A**     Yes.

13     **Q**     Tell me about that.

14     **A**     She ingested some pills and --

15     **Q**     Okay.  Let me stop you there.  Did you see --

16     **A**     No.

17     **Q**     -- where she got those pills from?

18     **A**     I'm assuming that she had them on her person.

19     **Q**     Okay.  Go ahead.

20     **A**     And -- I don't recall exactly how the jailers

21   came to notice that, but they did and then...  I don't

22   know if it was, like -- spit them out or what -- how --

23   how that all went, but I know that there was a struggle.

24   Jackson got her and then Calista was the one that was

25   trying to get the pills out of her.  And then that was --

Dalana Parks
10/8/2013

Page 75

1  he put her, like, by her throat, by his hand, up against

2  the wall, and Calista is the one trying to do -- I guess

3  they call it a mouth sweep.  And then after that, they

4  went to the back and it was just a ruckus.  And then it

5  wasn't long after that, that I was moved upstairs.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Dalana Parks
10/8/2013

Page 77

1     Q    And you said she ingested some pills.  Was that

2 there in the booking area?

3     A    Yes.

22     Q    Did you see how that struggle started?

23     A    I reme- -- I -- no -- I mean, yes, I did, but I

24 don't remember exactly how it started.  They were

25 wanting -- I guess they knew she had something in her

Dalana Parks
10/8/2013

Page 78

1   mouth and were wanting her to get rid of it, and she -- I

2   think -- I believe she was swallowing and then that's when

3   it resulted in Jackson pinning her and Calista trying to

4   get it out of her mouth, and then it went on beyond to the

5   drunk tanks.

6        Q    And before we get there, do you recall any

7   guards saying anything or Lacee saying anything during

8   this time?

9        A    No, I don't recall.  I'm sure stuff was said,

10  but, no, I -- I mean...

11       Q    Do you recall Mr. Jackson asking Lacee to spit

12  the drugs out?

13       A    He probably did, I mean -- (nodded in the

14  affirmative).

15       Q    And do you know whether or not she refused or...

16       A    I'm sure she did.

17

18

19

20

21

22

23

24

25

Dalana Parks
10/8/2013

Page 80

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15     **Q**    You said Calista was there, as well, and put her

16  hands --

17     **A**    She stuck her fingers in her mouth, yes.

18     **Q**    Okay.  What was --

19     **A**    Two fingers.

20     **Q**    Two fingers?

21     **A**    Yeah.  Well, I know that's what you do a mouth

22  sweep with.  I mean, it might have been three, but...

23     **Q**    Okay.  And what was Lacee doing during this

24  time?

25     **A**    Struggling.

Dalana Parks
10/8/2013

Page 81

```
 1
 2
 3
 4
 5
 6        Q     Okay.  But not being cooperative to spit the
 7   drugs out or what --
 8        A     Right.
 9        Q     -- what -- okay.
10              Did you see whether Calista was successful in
11   getting the drugs --
12        A     I think she got something out of her mouth
13   and -- yeah.  But I think she had ingested quite a bit,
14   though, too.  I mean, I think -- I believe she was chewing
15   them because there was stuff all over and on the -- her
16   hand -- Calista's hand --
17        Q     Okay.
18        A     -- so -- which could have been spit.
19
20
21
22
23
24
25
```

Dalana Parks
10/8/2013

Page 82

1

2      Q    Okay.   After Calista was able to get some of the

3  pills --

4      A    Right.

5      Q    -- out from Lacee's mouth, what was the next

6  thing that happened?

7      A    Lacee went in the back -- they -- they went to

8  the drunk tanks, that way, and you can't see from there.

9      Q    Okay.

10     A    And then I was sent upstairs.  I don't know how

11  long after, a jailer moved me upstairs.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Dalana Parks
10/8/2013

Page 87

9      Q      And what happened as Lacee was brought into the

10   A-pod?

11      A      She was given her mat and they closed the door

12   and she laid -- laid her mat down and I helped her get her

13   stuff and everything, and she just looked ill and she laid

14   by the toilet.  We had her by the toilet, kind of like

15   this, and I was up against the wall.  And I just asked

16   her, you know, what had happened and if she was okay and

17   she had said that they pumped her stomach, I believe.

18      Q      Did she tell you if they had to take her, like,

19   off site or to a hospital --

20      A      I think --

21      Q      -- or it was done in-house?

22      A      I don't -- no, they didn't do it in-house, I'm

23   sure, but -- I do think that she said they took her to the

24   hospital.

25

Dalana Parks
10/8/2013

Page 90

3      Q    Okay.  What else do you recall about that

4   specific day, September 17th, after she was brought into

5   A-pod?

6      A    Well, that was -- it was nighttime.  I mean, we

7   were sleeping when she came in.

8      Q    Okay.  Uh-huh.

9      A    So...  After she was made comfortable and got

10   her bed and blanket and everything, you know, we went back

11   to sleep.

12      Q    Were you already asleep at the time --

13      A    I was.

14      Q    -- she was in?

15      A    I was.

16      Q    Okay.  Did you talk to her about anything that

17   you had seen --

18      A    No.

19      Q    -- in the booking --

20      A    We went back to sleep after that.

21      Q    Okay.  Did anything unusual or odd happen during

22   that night, as you slept, or did anything wake you up?

23      A    No.

24      Q    Okay.  And what about -- did some -- or --

25   September 18th, that next day, so the --

Dalana Parks
10/8/2013

Page 91

1    **A**    Uh-huh.

2    **Q**    -- day after you were arrested and both you and

3    Lacee were in A-pod.

4    **A**    Uh-huh.

5    **Q**    What can you tell me about that day?

6    **A**    She was sick.

7    **Q**    And --

8    **A**    She just laid there.  She had diarrhea.  She

9    vomited.  She wouldn't move.  She wouldn't eat.  She

10   didn't come out of that cell.  I mean, she was ill.

11   **Q**    Did she make any calls on the intercom there in

12   the cell, for medicine or -- diarrhea medicine or anything

13   like that?

14   **A**    No, not that I recall.

15

16

17

18

19

20

21

22

23

24

25

Dalana Parks
10/8/2013

Page 93

14     **Q**    Okay.  Other than her being sick, anything

15 unusual on the 18th, the day after you were arrested?

16     **A**    Just -- I knew she was withdrawing.  I -- I

17 mean, I've personally seen somebody withdraw, so I knew

18 what was going on.

19     **Q**    Did it seem like her symptoms were pretty -- I

20 guess usual, or that's what a person withdrawing --

21     **A**    Yeah.

22     **Q**    -- will go through?

23        MR. ERDOES:  Object to the form.

24     **Q**    (By Ms. Fagan) Was there anything that she was

25 doing that would indicate that it wasn't just a

Dalana Parks
10/8/2013

Page 94

1  withdrawal?

2      **A**    No.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Dalana Parks
10/8/2013

Page 95

13      Q      I'm going to back up on that.  When -- what is

14  the -- when's the first day you approached a nurse or --

15  about Ms. Marez?

16      A      That -- the next day, after we woke up, after,

17  you know, we were brought in at med pass, so- -- it was

18  brought to the attention.  And, you know, every other time

19  that the medical person was down there --

20      Q      Okay.

21      A      -- they were notified.

Dalana Parks
10/8/2013

Page 97

7    Q    That's fine.  And how did you know those three
8  individuals were nurses?
9    A    Well, if they're not nurses, then I don't know
10  what they are.  They're passing the meds.  They might have
11  just been CMAs and able to pass meds, I don't...
12    Q    Okay.  You understood that they were the
13  healthcare --
14    A    Yes.
15    Q    -- people?
16    A    Yes.  They were the person to go to if you
17  needed any medical attention or medication or anything
18  pertaining to any medical situations.
19    Q    And this may be a silly question, but how did
20  you know that those were the people to go to for those
21  type of situations?
22    A    Because they were the ones that pushed the cart
23  to the door, to the sally port, and administered
24  medications.
25    Q    All right.  Do you recall if they wore scrubs

Dalana Parks
10/8/2013

Page 98

1    or --

2        A    Yes, they wore scrubs.

3        Q    Okay.  So they had a separate uniform, if you

4    will, than --

5        A    Yes.

6        Q    -- the jailers --

7        A    Yes, yes.

8        Q    -- necessarily had?

9        A    Yes.

10        Q    Okay.  And do you recall how many times on the

11    18th, which is that second day, that you spoke with

12    somebody from the nursing staff?

13        A    I know twice.

14        Q    Okay.  Was it the --

15        A    They come three times a day.

16

17

18

19

20

21

22

23

24

25

Dalana Parks
10/8/2013

Page 105

8      **Q**     Okay.  What about when jail staff would come in
9   to do site checks or to pass food, did you approach them
10  as opposed to the nurses?
11     **A**     I -- I would imagine.
12     **Q**     Do you know, though?
13     **A**     I'm sure.  I mean, probably.
14     **Q**     Would you know --
15     **A**     Don't know.

Dalana Parks
10/8/2013

Page 106

 5   **Q**    Tell me about the conversations -- and it
 6   doesn't matter which day it -- it is -- that you had with
 7   Lacee while in the cell, or while in A-pod.
 8   **A**    There wasn't a whole lot of conversation.  She
 9   was sick.  She was sleeping a lot.
10   **Q**    Do you recall any conversations with her, at
11   all?
12   **A**    That she didn't feel good.
13   **Q**    Anything beyond that?
14   **A**    No.

Dalana Parks
10/8/2013

Page 107

1    **Q**    Okay.  Do you know what time the church service
2    started?
3    **A**    I do not.
4    **Q**    Do you recall any of the church members that
5    came, their names?
6    **A**    No, I do not know their names.
7    **Q**    Okay.  Prior to church starting, had meds been
8    passed that morning?
9    **A**    Yes.  That was early.
10   **Q**    Do you know the nurse that passed meds on that
11   day?
12   **A**    I do not.
13   **Q**    Do you know if you spoke with the nurse on that
14   day?
15   **A**    I don't believe so.
16   **Q**    Okay.  Did you talk to any of the church ladies
17   about Ms. Marez?
18   **A**    I don't know if we did before or not.  I don't
19   remember.  I just remember sitting on the top, out by the
20   door, listening to them.
21   **Q**    Okay.  And were they providing a service?
22   **A**    Yeah.
23
24
25

Dalana Parks
10/8/2013

Page 108

1

2

3

4

5

6

7

8

9

10      Q      And did anything happen during the church

11  service?

12      A      That's when Kathy -- I believe she said my name

13  and said that something was going on with Lacee.   I

14  believe she had been sleeping and it woke her up.   I don't

15  know if she was gurgling or what actually -- I don't

16  remember, actually, what she said, but that's when me and

17  Angel Sherrell went in there and she was -- she looked

18  dead.

19      Q      Did you, yourself, hear the gurgling?

20      A      I couldn't hear the gurgling.   That's what

21  Ka- -- had woke Kathy up and alerted us, and then that's

22  when I went in there and seen her and then started

23  screaming for help.

24      Q      Okay.   Did you hear anything unusual at all

25  happening in the cell?

Dalana Parks
10/8/2013

Page 109

1    **A**    No.

2    **Q**    So the first alert you had that something was

3 going on --

4    **A**    Was Kathy.

5    **Q**    -- was Kathy?

6    **A**    Yes.

7

8

9

10

11    **Q**    And tell me what it is that you saw, again.

12    **A**    Well, she was laying on the floor and there was

13 stuff coming out of her mouth, like spit bubbles, I guess,

14 is what it was, or it might have been throw up.  I don't

15 know.  And she just looked like she wasn't there.  I mean,

16 her color was completely worse than it had been and she

17 wasn't -- I didn't think she was breathing.

18    **Q**    Were her extremities moving at all?

19    **A**    No.

20    **Q**    Legs, arms?

21    **A**    She wasn't moving, period.

22    **Q**    So once you observed that --

23    **A**    I --

24    **Q**    -- what's the next thing that happened?

25    **A**    I screamed for help.

Dalana Parks
10/8/2013

Page 110

1     **Q**    Okay.

2     **A**    And then -- I don't know who all came in there,

3 other than Kristin Hoffman, and that's who started the

4 CPR. Because she was a nurse, I think. There was a

5 couple people in the cell. I believe the church ladies

6 were also in there.

7     **Q**    Okay. Did anybody, other than Kristin Hoffman,

8 assist with the CPR?

9     **A**    (Nodded in the affirmative). I don't know who

10 it was.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Dalana Parks
10/8/2013

Page 111

1

2

3     **Q**     Okay.  What's the next thing you recall
4  happening?
5     **A**     I don't -- I remember somebody calling on the
6  box that -- you know, I don't know if it was the church
7  people doing it or if it was an inmate that did it, and we
8  were instructed not to touch her, just to stop the CPR.
9     **Q**     And was that an instruction over the box?
10    **A**     Over the box.
11    **Q**     And do you know who gave you that instruction?
12    **A**     I don't know who it was.
13    **Q**     And what's the next thing that happened?
14    **A**     I don't know who came in, if it was the -- I
15  know the black male came in.  I don't know who else came
16  in with him.
17    **Q**     Okay.  And when you say "the black male," is
18  that one of the nurses?
19    **A**     The nurse, uh-huh.
20    **Q**     Okay.  Was this black nurse -- was he amongst
21  the first, outside of the church service --
22    **A**     Yeah.
23    **Q**     -- and the inmates, to --
24    **A**     Yeah.
25    **Q**     -- arrive?

Dalana Parks
10/8/2013

Page 112

1    **A**    Yes.

2    **Q**    Okay.  Did any other nurses or jail staff arrive

3   with this nurse?

4    **A**    I don't know who arrived with him.  It -- it all

5   happened so fast and it was chaotic.

6    **Q**    Okay.  Once the nurse arrived -- you said he --

7   it's a male, correct?

8    **A**    Yeah.

9    **Q**    Okay.  Once he arrived, what did he do?

10    **A**    I don't remember.  I don't -- I -- I mean, I

11   honestly don't remember what happened directly after that.

12   I mean, I know she was eventually placed on the gurney

13   thing and then they carried her downstairs and we were

14   locked in the cells and could just see out the window.

15

16

17

18

19

20

21

22

23

24

25

Dalana Parks
10/8/2013

Page 113

1      **Q**      Okay.   Do you know approximately how long it was

2    between when the call was first made over the intercom to

3    the time the nurse arrived?

4      **A**      Minutes.

Dalana Parks
10/8/2013

Page 130

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18       **Q**    But you're not saying that you saw her head

19  being slammed into the wall or to the floor multiple

20  times --

21       **A**    No.

22       **Q**    -- correct?

23           You -- you didn't see that, right?

24       **A**    I just said no.

25

Dalana Parks
10/8/2013



Page 134

1

14                                                                          1

23    Q    Did you observe any signs of abuse on Lacee's
24 body?
25    A    No.

**Dalana Parks**
**10/8/2013**

Page 138

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15     **Q**    Okay.  And the very next paragraph down, it

16 states, "Deputy McSwain stated that one of the inmates,

17 Dalana Parks, told her that she had observed Marez eat

18 some drugs after she was booked in and had seen a

19 detention specialist named Jackson attempt to prevent her

20 from swallowing them."  Is there anything incorrect about

21 that statement?

22     **A**    I don't -- I -- I mean, apparently, this is more

23 accurate, closer...

24     **Q**    Closer in time?

25     **A**    I guess I did observe her eat -- I mean, because

Dalana Parks
10/8/2013

Page 139

1  I knew she did ingest them.  I didn't -- don't recall -- I

2  mean, I, right now, don't recall if I remember actually

3  physically seeing her, but I mean this ha- --

4      Q    But you agree, at the time, that's what --

5      A    Yeah, I'll agree with that, yes.

6      Q    Okay.  The next sentence says, "Inmate Parks

7  told Deputy McSwain that, later, Marez told her that she

8  did swallow some of the drugs, but she did not know how

9  mu- -- or she didn't know how much."

10     A    Okay.  Well --

11     Q    Does that trigger your memory to --

12     A    That she --

13     Q    -- that conversation?

14     A    -- possibly could have, then.

15

16

17

18

19

20

21

22

23

24

25

Dalana Parks
10/8/2013

1

2     **Q**    You -- you talked about how you spoke to one

3  nurse that you believe -- believe was a woman, correct?

4     **A**    (Nodded in the affirmative).

5     **Q**    Can you tell me again what the substance of that

6  conversation was?

7     **A**    That she's sick, she's -- she's withdrawing from

8  opiates and she's -- diarrhea and sick to her stomach and

9  throwing up.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Dalana Parks
10/8/2013

Page 158

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16     **Q**   (By Ms. Lee) I'm going to hand you what I marked

17 Defendant's Exhibit 6.  And have you seen a document like

18 this before?

19     **A**   Is this -- did I fill this -- one of these out?

20     **Q**   Yes.  Did you ev- --

21     **A**   Okay.

22     **Q**   Did you ever fill out one -- a document that

23 looked like this?

24     **A**   I -- I don't know if -- I don't remember if it

25 looked like this.  If this is what I filled out when I

Dalana Parks
10/8/2013

Page 159

1  first came in.

2      Q      You would agree with me that, on top there, it

3  says that this is the inmate questionnaire?

4      A      Yes.

5      Q      And that it goes through a series of medical

6  issues that an inmate might have had or might not have had

7  in the past?

8      A      Uh-huh, yes.

9      Q      Did you fill out a document like this when you

10  were in Cleveland County?

11      A      I would imagine so.

12      Q      And you spo- -- spoke earlier about Lacee

13  filling out one of these when she was sitting next to

14  you --

15      A      Yes.

16      Q      -- is that correct?

17      A      Yes.

18      Q      And you -- you said that you would have assumed

19  that she would have put in there that she was withdrawing

20  from opiates, correct?

21      A      Yes.

22      Q      And as you sit here today and you read through

23  this, do you see anywhere where it talks about her

24  withdrawing from opiates?

25      A      I can't really read the back, what all this

Dalana Parks
10/8/2013

Page 160

1   says.

2       Q     Okay.  Let's --

3       A     "Yes, quit" -- I see, "Yes, quit."

4       Q     Okay.

5       A     "Yes, quit," something, "on..."

6       Q     "On my own"?

7       A     Okay.  "Because drugs are stupid."

8       Q     So it says, "Yes, quit on my own forever because

9   drugs are stupid and ruin your life."  Do you see that?

10      A     Yes, I do.

11      Q     And it doesn't say that she is currently taking

12  drugs at that point?

13      A     No.

14      Q     Or that she's withdrawing from opiates, correct?

15      A     I don't see it.

16      Q     So at this time, when Lacee gave this

17  questionnaire to the Cleveland County Detention Center,

18  they would not have been on notice that she was

19  withdrawing from opiates?

20            MR. ERDOES:  Object to the form.

21      Q     (By Ms. Lee) According to this document?

22            MR. ERDOES:  Same objection.

23      Q     (By Ms. Lee) You can go ahead and answer.

24      A     I don't see it on this document.

25

Cleveland County Sheriff                                          Page 1 of 1

# Cleveland County Sheriff          Event Report

## Parks, Dalana Leeann

| | | | |
|---|---|---|---|
| SSN | ▓▓▓▓▓ | Arrest Date | 2009-09-17 11:48:00 |
| AKA | Reeves | EventID | 2000176708 |
| DOB | ▓▓▓▓▓ | Body Marks | |
| Age | 34 | Arrest Location | 12th And Lindsey |
| Sex | F | Arresting Agency | CCSO |
| Race | W | Book Officer | Hullett |
| Eyes | BRN | InsDate | |
| Height | 508 | Arresting Officer | Killman |
| Weight | 160 | CellBlk | A 301 |
| Hair | BRN | BookDate | 2009-09-17 12:30:49 |
| Arrests | 1 | Wrecker | Quality |
| Birth City/State | Shawnee/OK | Property Location | |
| Citizenship | US | Citizenship Verified | No |
| Insurance | | | |

## Medical

| Doctor | | Symptoms | None | Movement | Good |
|---|---|---|---|---|---|
| Injuries | None | Trauma | None | Amputations | |
| Heart & Lungs | ☐ | Diabetes | ☒ | Epilepsy | ☒ |
| Self Dest | ☒ | Coherent | ☒ | Violent | ☒ |

## Addresses

| | Name | Address | City | State | Zip | Phone |
|---|---|---|---|---|---|---|
| Personal | Dalana Parks | 600 Beauford Pl #28 | Jessamine | KY | 40356 | (405)-579-1132 |
| Employment | Unemployed | | | | | |
| Next of Kin | Judy Richardson | 920 E Lindsey Ave #4 | Norman | OK | 73071 | (405)-579-1132 |

## Charges

| Type | CaseNum | Charge | Cnt | RelAuth | RelBy | RelDate |
|---|---|---|---|---|---|---|
| Jail Sentence | JailBond | | ArrBond | HldAgency | HldAuth | HldNotify | HldDate |
| S | Tr20002803 | Transporting Open Container-Beer | 1 | Or Pr | Vasser | 2009-09-18 16:59:40 |
| | 142.00 | | | | | |
| H | | Hold Pottawatomie Co | 1 | Trans Mcclain Co | Bullard | 2009-09-24 09:10:41 |
| | None | | Pottawatomie Co | Warrant | Y | 2009-09-17 12:38:08 |
| H | | Hold Mcclain Co | 1 | Trans Mcclain Co | Bullard | 2009-09-24 10:27:56 |
| | None | | Mcclain Co | Warrant | Y | 2009-09-17 12:38:32 |

## Notes

- *[2001-02-07 ] Added 'Reeves'*
- *[2009-09-17 ] Changed 'DOB' From* ▓▓▓▓ *' To '* ▓▓▓▓
- *[2009-09-17 ] Changed 'LicNum' From '' To 'R02697122'*
- *[2009-09-17 ] Changed 'LName' From 'Reeves' To 'Parks'*
- *[2009-09-18 ] Changed 'LicNum' From 'R02697122' To 'R02697122 / KY'*

_____        _____        _____
Local Warrant Status              Dispatcher              Arresting Officer Signature

☐ IN
☐ EXIT

DEFENDANT'S
EXHIBIT
2