IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) JASON WADDELL, as Guardian Ad Litem of Lacee Danielle Marez, an Incapacitated person, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. CIV-11-1037-D |
| (1) BOARD OF COUNTY COMMISSIONERS OF CLEVELAND COUNTY, *et al.* | ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER APPROVING COMPROMISE SETTLEMENT**

Upon the Amended Joint Motion of the Parties for an Order approving the settlement of this matter (Doc. 141), the Court, having reviewed the Amended Joint Motion, having reviewed the release and settlement agreement between Plaintiff and Defendants Board of County Commissioners of Cleveland County and Sheriff Joseph Lester, having reviewed the confidential release and settlement agreement between Plaintiff and Defendants ESW Correctional Healthcare, LLC and Sooner Medical Staffing, LLC, having heard the sworn testimony of Jason Waddell, and being fully advised in the premises FINDS that the Amended Joint Motion should be granted, and that the settlement of this matter is in the best interest of Lacee Danielle Marez.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the settlement agreements entered into by the parties and attached to the Motion [Doc. No.

1

141-1 and 141-2] are approved by the Court as being in the best interest of Lacee Danielle Marez.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claimed attorney fees and costs as presented to the Court during the hearing on May 23, 2014, are approved as being reasonable under the circumstances.

IT IS SO ORDERED this 9th day of June, 2014.

_____
TIMOTHY D. DEGIUSTI
UNITED STATES DISTRICT JUDGE